**FILED**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FEB 1 3 2008
Feb 13, 2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Plaintiff(s)                           )
                                       )
            v.                         )
                                       )   Case Number:
Defendant(s)                           

08CV920
JUDGE KENNELLY
MAGISTRATE JUDGE MASON

## MOTION FOR APPOINTMENT OF COUNSEL

1.  I, _Bobby Lee Harrison_ , declare that I am the (check appropriate box)
    ☑ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2.  In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3.  In further support of my motion, I declare that (check appropriate box):

    ☐ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

    ☑ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4.  In further support of my motion, I declare that (check appropriate box):

    ☑ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

    ☑ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

    ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; how ever, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5.  I declare under penalty that the foregoing is true and correct.

                                        _Bobby Lee Harrison_
                                        Movant's Signature

                                        _P.O. Box 089002_
                                        Street Address

                                        _Chicago Illinois 60608_
                                        City/State/Zip

Date: _____

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Case Number |
|---|---|
| *The Honorable Matthew F. Kennelly* | |
| **Case Title** *Amended: County of Cook, Illinois, and Thomas Dart, in his official Capacity* | |
| **Appointed Attorney's Name** *Phone: 312-258-5573  or  312-258-5822* | |
| *SCHIFF HARDIN LLP  6600 Sears Tower Chicago, Illinois 60608* | |
| If case is still pending, please check box: ✓ | |

| Assigned Judge | Case Number |
|---|---|
| **Case Title** | |
| **Appointed Attorney's Name** | |
| If case is still pending, please check box: | |

| Assigned Judge | Case Number |
|---|---|
| **Case Title** | |
| **Appointed Attorney's Name** | |
| If case is still pending, please check box: | |

| Assigned Judge | Case Number |
|---|---|
| **Case Title** | |
| **Appointed Attorney's Name** | |
| If case is still pending, please check box: | |



# Lawyers' Committee for Better Housing, Inc.
## 220 S. State St., Suite 1700 Chicago, IL 60604
## (312) 347-7600 Fax (312) 347-7604 lcbhoffice@sbcglobal.net

April 12, 2007

Bobby Lee Harrison
ID 20040072892
Div.1 G2
Po Box 089002
Chicago, IL 60608

Dear Mr. Harrison,

Thank you for your inquiry. While we appreciate the seriousness of your situation, unfortunately we are not able to be of assistance. Our agency does not handle any criminal cases, and the only civil cases we handle are housing cases, mostly evictions.

While I am not aware of any group that specifically works on your issues, here are a couple of places that you could try:

Chicago Bar Assocation –
321 S. Plymouth Court
Chicago, Illinois 60604-3997
Phone: (312) 554-2000
Fax: (312) 554-2054

Cabrini Green Legal Clinic
206 W Division St.
Chicago, IL 60610
312-266-1345

Uptown Peoples Law Center
4413 N Sheridan Rd
Chicago, IL 60640
(773) 769-1410

Lovey and Lovey
312 N May St Suite 100
Chicago, IL 60607
(312) 243-5900

# OHIO JUSTICE & POLICY CENTER

**BOARD OF TRUSTEES**
ALPHONSE GERHARDSTEIN
   President
PAUL DEMARCO
   Secretary
BARBARA GOULD
MAX LANGENKAMP
MELISSA GREEN
MARY LEVIN
MARK STAVSKY
KENYA PIERRE

617 Vine Street, Suite 1301
Cincinnati, Ohio 45202

(513) 421-1108
Fax: (513) 562-3200

contact@ohiojpc.org
www.ohiojpc.org

**STAFF**
DAVID A. SINGLETON
   Executive Director, Attorney at Law
JANET MOORE
STEPHEN JOHNSONGROVE
   Staff attorneys
SHEILA DONALDSON
   Office Manager, Paralegal
EMILY BARTH
   Paralegal
KATE HANISIAN
   Development Co-ordinator

29 May 2007

Mr. Bobby Lee Harrison #20040072892
Division 1 G2
PO Box 089002
Chicago, IL 60608

Dear Mr. Harrison,

Thank you for your recent letter. Unfortunately, we are unable to assist you. Because we know that prisoners have a hard time getting help, please let me take a moment to explain why we cannot assist you. We cannot help out of state prisoners. We are sorry about your health.

Ohio Justice & Policy Center is a small non-profit law office with limited resources. Because of our resource constraints, we cannot accept every case where there appears to be a denial of a person's rights. Instead, we must carefully select those cases that would be most valuable in helping the greatest number of prisoners. While we sympathize with your situation, we must focus our limited resources on issues that affect a larger number of inmates. I hope you understand.

Good luck, and take care.

Sincerely,

David A. Singleton
Executive Director

*If you have been convicted of a felony under state or federal law, you can vote in Ohio if you are not currently in prison serving a felony sentence. Ohioans can vote even if they are in jail awaiting trial, serving a sentence for a misdemeanor, or on probation, parole, or post-release control.*

**Rock of Ages Prison Ministry, Inc.**

P. O. Box 2308 - Cleveland, TN 37320
Phone 423/479/-3243 • FAX # 423/476-5950

**Midwest Office**
*Working in the States of:*
*Michigan   Indiana*
*Illinois   Wisconsin*
*Iowa,  Minnesota*

**Jim Jones**
*Midwest Regional Director*
2301 N. Elm St.  Suite A
Jackson, MI 49201



Dr. Ronald H. Gearis, DD, D. Min., LL.D. - President     Dr. Gene Hooker, Th.D., Ph.D. - Vice-President     Dr. Steve Jarrett, D.D. - Secretary/Treasurer

*"For we preach not ourselves, but Christ Jesus the Lord."*  *II Corinthians 4:5*

*Dear Student,*

*Thank you for your request to enroll in our free Bible Institute. We have enclosed a booklet called "That ye may know". Please take a moment and read this booklet. After reading the complete booklet find the center page and pull this page out of the book. This is your enrollment form. Answer the 10 questions on the back side and fill out the enrollment page. Return only this page to our office for enrollment and a certificate for the first lesson. Our office for your area is located at:*

*Rock of Ages Prison Ministry, Inc.*
*Midwest Regional Office & Bible Institute*
*2301 N. Elm St.  Suite A*
*Jackson, MI 49201*

*We will process your application and send you the next lesson in a few days. The Institute starts with some basic lessons and then takes you into the New Testament and will finish up in the Old Testament. We currently have 50 lessons in this free program. Our grading time averages about 3-7 days not including mail time. Please feel free to write us with any questions. God Bless.*

*James E Jones*
*James E Jones*
*Midwest Regional Director*
*Rock of Ages Prison Ministry, Inc.*

# Sternberg & Associates

*Attorneys At Law*

PO Box 5032
Skokie, Illinois 60077
**(773) 489-4900**

January 29, 2007

Mr. Bobby Lee Harrison
2004-0072892
P.O. Box 089002
Chicago, Illinois 60608

Mr. Harrison,

We have received your correspondence and thank you. Experience has taught that initial client interviews, are very helpful, but do not give the Attorney enough information to give intelligent and reliable advise. To give good counsel to a client it necessary that the Attorney be aware, have knowledge of, and give consideration to all available information, reports, evidence, statements and other things that relate to the case.

It is therefore our belief that before meeting at the jail, you might wish to consider having an Attorney study and conduct a preliminary investigation of your case in order to help insure that you are then given good and sound advice.

Know that we are not intimidated by the court or the state. We are very experienced in defending against criminal accusations and we make every effort to regularly communicate with our clients.

We understand the fact that the bars which incarcerate the soul can be worse than those of a jail. Though a lawyer may or may not be able to offer help obtaining the release of your person, whether behind bars or not, only you hold the key to releasing your soul, and that is by using the power and strength of your mind.

For information concerning our services we may be contacted at the above.

Respectfully,

Sternberg and Associates

 **UW School of Law**

**Clinical Law Program**

**Innocence Project Northwest Clinic**
William H. Gates Hall, Suite 265
University of Washington
P.O. Box 85110
Seattle, WA  98145-1110
Phone 206.543.3434   Fax 206.685.2388

July 11, 2007

Bobby L. Harrison
# 20040072892
Div 1, G2
P.O. Box 089002
Chicago, IL 60608

Dear Mr. Harrison

   Thank you for your letter.  The Innocence Project Northwest (IPNW) Clinic was unable to locate a file under your name.  To our knowledge, we have not had any previous correspondence with you.

   The IPNW Clinic provides pro bono legal assistance to prisoners whose actual innocence can be demonstrated through DNA testing or other newly discovered evidence.  The IPNW Clinic does not take cases of prisoners who have had any level of involvement with the crime, which eliminates self-defense and accidental death cases.  This includes cases where the inmate is seeking a reduction of his sentence.  Additionally, we only take cases where the direct appeal is finalized, and the case is on collateral attack.  **Finally, due to extremely limited resources, IPNW can only take cases from Washington. Moreover, we are unable to assist in any legal research, offer any legal advice to non-clients, and/or refer inmates to any private attorneys who have not consented to the release of their personal information.**  Accordingly, we are enclosing all of the materials that you have previously sent to the IPNW Clinic.  We wish you the best in your future efforts.

Sincerely,

PROF. JACQUELINE MCMURTRIE, Attorney at Law
Director, Innocence Project Northwest Clinic

Enclosures



Mr. Daniel Fahlgren
August 9, 2007
Page 3


bcc:    Bobby Lee Harrison #2004-0072892
        Cook County Jail
        Division 1; G2
        P.O. Box 089002
        Chicago, Illinois 60608

CH2\ 1987709.1

# Sternberg & Associates

*Attorneys At Law*

PO Box 5032
Skokie, Illinois 60077
**(773) 489-4900**

January 29, 2007

Mr. Bobby Lee Harrison
2004-0072892
P.O. Box 089002
Chicago, Illinois 60608

Mr. Harrison,

We have received your correspondence and thank you. Experience has taught that initial client interviews, are very helpful, but do not give the Attorney enough information to give intelligent and reliable advise. To give good counsel to a client it necessary that the Attorney be aware, have knowledge of, and give consideration to all available information, reports, evidence, statements and other things that relate to the case.

It is therefore our belief that before meeting at the jail, you might wish to consider having an Attorney study and conduct a preliminary investigation of your case in order to help insure that you are then given good and sound advice.

Know that we are not intimidated by the court or the state. We are very experienced in defending against criminal accusations and we make every effort to regularly communicate with our clients.

We understand the fact that the bars which incarcerate the soul can be worse than those of a jail. Though a lawyer may or may not be able to offer help obtaining the release of your person, whether behind bars or not, only you hold the key to releasing your soul, and that is by using the power and strength of your mind.

For information concerning our services we may be contacted at the above.

Respectfully,

Sternberg and Associates

Chicago Lawyers Committee for Civil Rights Under Law
100 N La Salle Suite 600
Chicago, IL 60602
(312) 630-9744


I wish you the best of luck.

Sincerely,



Sharon Goott
Intake and Tenant Education Specialist



**LEGAL ASSISTANCE FOUNDATION**
**OF METROPOLITAN CHICAGO**

111 West Jackson Boulevard
Suite 300
Chicago, Illinois 60604-3502
312.341.1070 Phone
312.341.1041 Fax
312.431.1206 TDD
www.lafchicago.org

April 16, 2007

Mr. Bobby Lee Harrison
#2004-0072892
Div 1 G2
P.O. Box 089002
Chicago, IL 60608

Dear Mr. Harrison:

Please be advised that because of Congressional restrictions prohibiting the Legal
Assistance Foundation of Metropolitan Chicago and other grantees of the Legal Services
Corporation from participating in litigation on behalf of prisoners, the Legal Assistance
Foundation of Metropolitan Chicago no longer maintains a Correctional Law Project. You
will have to address future requests for assistance elsewhere.  Sorry we can't help.

Sincerely,

Richard Jay Hess
Attorney at Law

RJH:hc


LSC
America's Partner
For Equal Justice

*Equal Access to Justice*

# centerforconstitutionalrights

666 broadway new york, ny 10012
212.514.5464 www.ccr-ny.com

Dear Friend,

Thank you for your letter. The Center for Constitutional Rights is a non-profit legal and educational organization dedicated to advancing and protecting the rights guaranteed by the United States Constitution and the Universal Declaration of Human Rights. Most of our cases are large class-action law suits designed to challenge government or corporate misconduct that affects large numbers of people.

Although we can't represent you, we are happy to be able to provide you with the enclosed Jailhouse Lawyer's Handbook to aid you in case you decide to file a law suit yourself, challenging your treatment. We hope that you find it to be both a solid, informative resource, and an accessible introduction into filing Section 1983 suits, your constitutional rights in prison, and legal research in general. It is a free publication, to be copied and shared with fellow prisoners, family members and friends. Knowledge is power, and we hope you let others know about the Handbook. If you know people on the outside who are interested in obtaining a copy, they can download one from www.jailhouselaw.org or www.ccr-ny.org.

As you start reading the handbook, please pay special attention to pages 36 and 37, in chapter A. These sections lay out very important information about statutes of limitation and exhaustion of the prison grievance system – if you don't comply with these requirements, you may lose your chance to sue about unfair treatment.    Good luck!

Sincerely,

Center for Constitutional Rights

INNOCENCE PROJECT

Barry C. Scheck, Esq.
Peter J. Neufeld, Esq.
Directors

Maddy deLone, Esq.
Executive Director

Innocence Project
100 Fifth Avenue, 3rd Floor
New York, NY 10011
Tel 212.364.5340
Fax 212.364.5341

www.innocenceproject.org

May 30, 2007

Bobby Lee Harrison
20040072892
Cook County Jail
P.O. Box 089002
Chicago, IL  60608

Dear Mr. Harrison:

   The Innocence Project received a letter from you or a letter on your behalf.  Based on the information provided, we cannot assist you because it appears you are still involved in pre-trial, trial, or direct appeal proceedings. The Innocence Project only accepts postconviction cases.

Sincerely,

Huy Dao
Case Director

HD:ew-g

 **UW School of Law**

**Clinical Law Program**

**Innocence Project Northwest Clinic**
William H. Gates Hall, Suite 265
University of Washington
P.O. Box 85110
Seattle, WA 98145-1110
Phone 206.543.3434   Fax 206.685.2388

July 11, 2007

Bobby L. Harrison
# 20040072892
Div 1, G2
P.O. Box 089002
Chicago, IL 60608

Dear Mr. Harrison

      Thank you for your letter. The Innocence Project Northwest (IPNW) Clinic was unable to locate a file under your name. To our knowledge, we have not had any previous correspondence with you.

      The IPNW Clinic provides pro bono legal assistance to prisoners whose actual innocence can be demonstrated through DNA testing or other newly discovered evidence. The IPNW Clinic does not take cases of prisoners who have had any level of involvement with the crime, which eliminates self-defense and accidental death cases. This includes cases where the inmate is seeking a reduction of his sentence. Additionally, we only take cases where the direct appeal is finalized, and the case is on collateral attack. **Finally, due to extremely limited resources, IPNW can only take cases from Washington. Moreover, we are unable to assist in any legal research, offer any legal advice to non-clients, and/or refer inmates to any private attorneys who have not consented to the release of their personal information.** Accordingly, we are enclosing all of the materials that you have previously sent to the IPNW Clinic. We wish you the best in your future efforts.

Sincerely,

PROF. JACQUELINE MCMURTRIE, Attorney at Law
Director, Innocence Project Northwest Clinic

Enclosures



**Center for Conflict Resolution**

Bobby Lee Harrison
20040072892
Div. 1 G2
P.O. Box 089002
Chicago, IL 60608

Dear Mr. Harrison:

Unfortunately, the Center for Conflict Resolution cannot be of service in your case. Our organization provides only free mediation services, and does not provide legal representation, advice, or advocacy. I can refer you to the following organizations, which may be able to be of assistance.

Thank you,

Case Management Staff
Center for Conflict Resolution

Cabrini Green Legal Aid Clinic
206 W. Division Street
Chicago, IL 60610
(312) 266-7417

Legal Assistance Foundation of Chicago
111 W. Jackson Blvd, 3rd Floor
Chicago, IL 60604
(312) 341-1070

## How do I place an order?

Complete and send the order form below with a check or money order, payable to *Columbia Human Rights Law Review* to Columbia Human Rights Law Review, Attn: JLM Order, 435 W. 116th St., New York, NY 10027.  If you send a money order, keep the receipt in case there is a problem with your order.  **We do not accept postage stamps as payment and also do not accept credit cards.**  Due to the nature of the institutional mail systems, we request that you allow up to eight weeks from the date of your order.  Because our office is student run, your order may not be processed as quickly over school breaks.  Orders to be sent to facilities in Michigan must be sent first class.  Also, please inform us on this form of any restrictions on incoming mail that your facility may have (for example, no padded envelopes or first class mail only).  **Please print clearly and legibly!!!**

### ORDER FORM

YOUR NAME: _____

YOUR ADDRESS:_____

YOUR PHONE NUMBER: _____

PERSON TO WHOM THE BOOK SHOULD BE SENT:_____

ID NUMBER (If applicable):_____

INSTITUTION: _____

ADDRESS_____

CITY: _____     STATE:_____     ZIP: _____

ORDER (Please circle the price): [2]

4th Class shipping requires 4-6 weeks. 1st Class shipping 1-2 weeks.

|  | Main Volume 4th Class Mail | Immigration Supplement 4th Class Mail | Main. Vol. & Immigration Supplement 4th Class Mail | Main Volume 1st Class Mail | Immigration Supplement 1st Class Mail | Main. Vol. & Immigration Supplement 1st Class Mail |
|---|---|---|---|---|---|---|
| Prisoner | N/A | N/A | N/A | $25 | $5 | $30 |
| Institution | $90 | $20 | $110 | $95 | $22 | $117 |

TOTAL COST OF ORDER : _____

[2] Please note—these prices are valid as of April 2007. If this form is more than one year old, prices may have changed. Please contact Columbia Human Rights Law Review for updated pricing.

# COLUMBIA HUMAN RIGHTS LAW REVIEW

COLUMBIA UNIVERSITY SCHOOL OF LAW / 435 WEST 116TH STREET / NEW YORK, NY 10027
212-854-1601

# *A JAILHOUSE LAWYER'S MANUAL* SEVENTH EDITION

## What is it?

*A Jailhouse Lawyer's Manual* Seventh Edition (the *"JLM* Seventh Edition") explains the legal rights of prisoners, and how to navigate through the justice process to secure those rights. It contains information on how to address legal issues on both the federal level and the state level, with an emphasis on New York State law. The *JLM* does NOT have information on substantive law (for example, the elements of crimes or degrees of a crime). It is a <u>softcover</u> book that comes in one volume, with a separate *Immigration & Consular Access Supplement*. The main volume is about 1056 pages, while the *Immigration & Consular Access Supplement* is about 123 pages. Both books are mailed stamped "direct from publisher," "authorized reading material."

The main volume of the *JLM* contains "basic" self-help litigation information, covering legal research, seeking legal representation, choosing a court, and filing a lawsuit, as well as more specific chapters on habeas corpus, parole, DNA, and the Prison Litigation Reform Act. It also contains topics like religious freedom, infectious diseases, mental disabilities, and the rights of lesbian, gay, bisexual and transgender prisoners. The *Immigration & Consular Access Supplement* contains information about the immigration law consequences of criminal convictions for people who are not U.S. citizens, and also contains information about your right as a non-U.S. citizen to access your country's consulate if you are charged with a crime.

## How much does it cost?[1]

**For prisoners:** The *JLM* Seventh Edition main volume is $25. The *Immigration & Consular Access Supplement* is $5. The books may be ordered together, or either book may be ordered separately. First-class shipping is included in both prices.

**For non-inmates, organizations, or institutions:** The *JLM* Seventh Edition is $90 for the main volume and $20 for the *Immigration & Consular Access Supplement*. Fourth-class shipping is included in both prices. First-class shipping is an additional $5 for the main volume and $2 for the *Immigration & Consular Access Supplement*. If you are ordering for an prisoner, follow the instructions for prisoner pricing. See the pricing chart on the reverse side. Prices and availability may be subject to change.

> Regrettably, the law prohibits us from providing any legal advice to prisoners. As an organization with limited funds, we cannot offer any further discounts nor make any billing arrangements other than listed above. We also do not have used copies to distribute. If you would like to use the *JLM* but are unable to purchase one, please inquire with your prison library to see if they will order one. We apologize for any inconvenience.

---

[1] Please note—these prices are valid as of April 2007. If this form is more than one year old, prices may have changed. Please contact Columbia Human Rights Law Review for updated pricing.

# COLUMBIA HUMAN RIGHTS LAW REVIEW

COLUMBIA UNIVERSITY SCHOOL OF LAW

435 WEST 116TH STREET
NEW YORK, NY 10027
212-854-1601

### Greetings on behalf of the board of A Jailhouse Lawyer's Manual.

We received a letter from you request the *Jailhouse Lawyers Handbook*. The *Jailhouse Lawyers Handbook* is published by the Center for Constitutional Rights and the National Lawyers Guild. You can request a copy of the *Jailhouse Lawyers Handbook* from the National Lawyers Guild. The Handbook is a resource for prisoners who wish to file a Section 1983 lawsuit in federal court regarding poor conditions in prison and / or abuse by prison staff. It also contains limited information about legal research and the American legal system. Information about ordering it is included on the reverse. A jailhouse Lawyers Handbook is available from:

**National Lawyers Guild,**
132 Nassau Street, RM 922,
New York, NY 10038.

We publish the *Jailhouse Lawyers' Manual*. *A Jailhouse Lawyer's Manual* (**JLM**) is a handbook of legal rights and procedures designed for use by people in prison. Prisoners are often indigent and therefore lack access to legal counsel while in prison. The *JLM* informs prisoners of their legal rights, shows them how to secure these rights through the judicial process, and guides them through the complex array of procedures and legal vocabulary which make up this system. The *JLM* also instructs prisoners in techniques of legal research and explains the need to take note of important legal developments. With the *JLM*, prisoners can learn to use effectively the resources available in prison law libraries. Since publication of the first edition in 1978, *A Jailhouse Lawyer's Manual* has been used by tens of thousands of prisoners in institutions across the country. Prisoners have used the book to become informed of their rights and to address specific problems related to their treatment in prison or their convictions.

We hope that this information is helpful, and wish you a good day!

Sincerely,

Managing Editor
*A Jailhouse Lawyer's Manual*
Columbia Human Rights Law Review



**C·A·R·P·L·S**
*coordinated advice & referral program for legal services*

Cook County's
Legal Assistance
Hotline

October 26, 2005

**LEGAL MAIL**
Bobby Lee Harrison
ID no. 20040072892
Div. II-A H. Christians Deck
P.O. Box 089002
Chicago, IL 60608

Dear Mr. Harrison:

Thank you for your recent letter to CARPLS. I understand that you are seeking legal assistance for your criminal case. CARPLS is a legal aid telephone hotline, and we give legal advice and referrals to low-income residents of Cook County over the phone. Therefore, we cannot respond to questions by mail. We also do not represent people directly in court.

Generally for criminal matters, if you cannot afford an attorney, the free attorney available to you is the Public Defender's office. You have indicated you are not happy with your assigned public defender. I suggest you try and communicate with her supervisor and inquire if you can get assigned to another assistant public defender. There is only one other option in Cook county; the Cabrini Green legal clinic does some very limited criminal defense. You might want to try to contact them at 312-266-1345. Otherwise, if you want other legal counsel, you will have to find a private attorney.

If you still would like to talk to one of our staff attorneys, please call or have someone call on your behalf our hotline number (312-738-9200) for assistance, M, T, Th and F from 9-5, or W from 9-7:30. Thank you.

Sincerely,

Patricia A. Wrona
Interim Director of
Legal Services
Senior Staff Attorney

**CARPLS**
P.O. Box 64936
Chicago, IL 60664-0936
Tel: 312.738.9486
Fax: 312.223.1522

Supreme Court of the United States
Washington, D. C. 20543

OFFICE OF
PUBLIC INFORMATION

October 6, 2006

Bobby Lee Harrison
I.D. #20040072892
Div. 1 – G2
Post Office Box 089002
Chicago, IL 60608

Dear Mr. Harrison,

We are writing in response to your letter requesting Supreme Court decisions.

We regret that the Public Information Office of the Supreme Court of the United States cannot perform research for, or provide legal advice to, its correspondents. We will, however, be able to provide information on the status of a case when supplied with the name of the case and/or its Supreme Court docket number. Due to the number of cases filed with the Supreme Court— more than 8,000 each term—the Public Information Office is not able to identify cases by topic.

We hope that this information will be helpful.

Public Information Office
Supreme Court of the United States

Enclosures

PM/ech



# THE CHICAGO BAR ASSOCIATION

321 S. Plymouth Court
Chicago, Illinois 60604-3997
Tel (312) 554-2000
Fax (312) 554-2054
www.chicagobar.org

**OFFICERS**

Michael B. Hyman
PRESIDENT

Kevin P. Durkin
FIRST VICE PRESIDENT

Victor P. Henderson
SECOND VICE PRESIDENT

Anita M. Alvarez
SECRETARY

Hon. E. Kenneth Wright Jr.
TREASURER

Steven F. Pflaum
GENERAL COUNSEL

October 13, 2005

Bobby L. Harrison
Div. 11- A.H. Christian Deck
P.O. Box 089002
Chicago, IL 60608

Dear Mr. Harrison:

Thank you for your recent letter seeking advice and assistance from The Chicago Bar Association. Unfortunately, we at The Chicago Bar Association are unable to give advice or legal help to individuals. We instead, through our referral service, can refer people to experienced private attorneys when they wish to retain one and can afford to pay regular attorney's fees. There would be a $20 fee for The Chicago Bar Association, which is to be paid at the time of the initial consultation with the lawyer referred and then the lawyers all charge regular rates for their time and services.

If you wish to be referred to a private attorney, you may contact our Lawyer Referral Service during normal business hours at 312-554-2001 or use our web site to obtain a referral at any time, www.chicagobar.org. **All of the attorneys we make referrals to are located in the Chicago area.**

Additionally, you may write back to our service and indicate whether or not you are able to afford a private attorney, and if so, make a request for the name and phone number of an attorney to be forwarded to you so that you could contact them directly to determine whether they would be able to assist you. **The Chicago Bar Association Lawyer Referral Service does not make reduced-fee or pro bono referrals.**

For free or low-cost legal assistance, you should contact:

CARPLS                          OR          Cabrini Green Legal Aid Clinic
17 N. State St.                              206 W. Division St.
Suite 1850 Chicago, IL 60602                 Chicago, IL 60610
(312) 738-9200                               (312) 266-1345

The Chicago Bar Association Lawyer Referral Service

**BOARD OF MANAGERS:** Joy V. Cunningham • Carolyn D. Amadon • Julie A. Bauer • Joel T. Daly • Daniel F. Gallagher • Mia P. Jiganti • Hon. William D. Maddux • Leonard Murray • Hon. Rebecca R. Pallmeyer • Kalina M. Tulley • Daniel A. Cotter • Jerry A. Latherow • Thomas P. Luning • Royal B. Martin • Hon. Patricia Mendoza • Peter V. Mierzwa • Martha A. Mills • Allen P. Walker

Terrence M. Murphy, Executive Director Benjamin M. Manaloto, Controller



**Blackstone Career Institute**

Since 1890

249 Main Street, P.O. Box 899
Emmaus, PA 18049-0899

Phone: (800) 826-9228
Fax: (610)-967-3126
info@blackstonelaw.com

# Earn your Paralegal Diploma <u>from home</u>!

Dear Prospective Student:

If you are like most of our students, you dream of a fast growing, challenging career. By requesting the enclosed information, you have already taken the most important step.

Blackstone Career Institute's distance learning program enables you to learn a new career at your own pace without disrupting your present job or lifestyle. Upon completion, you will have a legal assistant/paralegal diploma along with the skills and confidence necessary to obtain an entry-level paralegal position!

## Here are five reasons why Blackstone is the best choice for your at-home paralegal training:

### - You learn from the best.

Blackstone is nationally accredited by the Accrediting Commission of the Distance Education and Training Council, regionally accredited by the Middle States Commission on Secondary Schools and has been privately licensed by the Pennsylvania Department of Education since 1984. Our 915-clock hour program meets the educational requirements to sit for the Certified Legal Assistant (CLA) Exam sponsored by the National Association of Legal Assistants. As BCI Graduate A. Vasquez says, *"I have gained knowledge and practical skills that will help me far into my paralegal career. BCI sets the standard for excellence in paralegal education."*

### - You start your own library.

As part of your tuition, you receive eleven volumes of our *Modern American Law* series; two commercial textbooks— *Finding, Reading and Using the Law and Paralegal Career Starter*—with accompanying study guides. But that's not all, you will also receive three additional reference resources to assist you throughout the program—the *Blackstone Law Glossary, Black's Law Dictionary Second Pocket Edition*, and *The Everything Guide to Being a Paralegal.*

### - You get everything you need - for less.

Blackstone's Paralegal Studies diploma program remains one of the most reasonably priced in the country. Everything you need to graduate is included with your tuition - textbooks, study guides, exam services, and student support delivered traditionally or through our Online Student Center, and there's no fee to apply. We also offer a BCI interest-free payment plan, participate in third party financing, and are approved for GI Bill Education Benefits.

### - You decide when and where to study.

Forget expensive campus courses, lengthy commutes, and long bookstore lines. There are no extra costs for textbooks, course supplies, student activity fees, and parking at Blackstone. Study at times that are most convenient to you knowing you have two years to complete your program. And Blackstone students now have access to our Online Student Center with online testing and instant results, plus 24-hour access to your records, payment history, grade history, and more!

### - You prepare to follow your dream!

Our paralegal program will give you the opportunity to enhance your knowledge, help others, or acquire new skills you can use in the future. In addition to our Modern American Law series, we have included research, ethics, and job search skills in our 915-clock hour program.

## WITH BCI, YOU WILL BE READY TO FIND A MORE CHALLENGING AND REWARDING CAREER – ENROLL NOW!

To your future,

Kevin J. McCloskey
President

**P.S. Call (800) 826-9228 or visit our website www.blackstonelaw.com if you have any questions. We are here to help you follow your dream!**

# Get the Right Career Training from Blackstone Career Institute

## Enroll Now! Graduate from BCI and pursue a career in a variety of locations, such as:

Banks and Savings & Loan
Construction Companies
Corporate Legal Departments
Court Reporting Agencies
Federal & State Banking Agencies
Insurance Companies
Internal Revenue Service

Law Firms
Law Schools
Legal Aid Societies
Municipal, Trial & Appellate Courts
Private Investigation Companies
Sheriff's Departments
Title Companies

## A Blackstone education offers:

- **Superior Student Services.** You are never alone when studying with Blackstone. Even though there is no formal campus or classrooms we offer assistance to our students that is second to none.

- **Program Assistance.** Our instructors and staff are always a phone call, fax, email, or letter away if you ever need help with your course studies. Use our toll-free number to access our staff or e-mail your questions 24 hours a day, 7 days a week.

- **Thorough Testing.** You will take 31 exams, comprised of approximately 120 pages, and complete several homework assignments in order to assess your understanding of the concepts taught.

- **Priority Grading.** Submitted exams will be evaluated and a Grade Report sent back to you within 24 hours. Instant results provided for all online testing.

- **The Blackstone Career Center.** Provides job search strategies, a job search databank, career resources, and an alumni discussion board.

- **Textbooks, lessons, and supplementary learning materials included in the price of tuition.**

- **No Formal Classes to Attend.** Study anytime, anywhere. Study guides are available in print or online.

- **Online Student Center.** Allows you to access your lessons, exams, grade reports, payment and shipping history, and more.

- **Learning materials sent directly to your location.**

- **A variety of payment and financing options.**

- **Continuing Education.** Blackstone offers seven advanced paralegal courses that complement our Legal Assistant/Paralegal program.

## Don't forget that Blackstone Career Institute:

Is Nationally accredited by the **Accrediting Commission of the Distance Education and Training Council (DETC)**, regionally accredited by the **Middle States Commission on Secondary Schools**, is licensed by the **State Board of Private Licensed Schools, Commonwealth of Pennsylvania** & has been providing quality education since **1890**.

American Bar Association
321 North Clark Street
Chicago, Illinois 60610 - 4714.

Bobby Lee Harrison
ID. 2004 0072892
Div. 1 G2
P.O. Box 089002
Chicago, Illinois 60608,

Dear Sir, or to whomever it may concern. I has been incarcerated every since Feb 7, 2004 for an Criminal Act. I am a 54 years old and served in the united.S. Marine Corp in the early 70's. I am indegent and have No fund. I am representing my self in Criminal & Civil I am searching for a Bar Association or some tips of lawyer to represent me in Civil and Crimnal. Sir, if you have a list of lawyers who help the poor, please send the list to me here in the Cook County Jail.

Thank You for your time and Consideration

Respectfully

 # John Howard Association of Illinois

300 West Adams Street,  Suite 423  Chicago, IL 60606
Tel. 312-782-1901  Fax. 312-782-1902  www.john-howard.org

March 23, 2007

Mr. Bobby Lee Harrison 20040072892
Cook County Department of Corrections
P.O. Box 089002
Chicago, IL 60608

Dear Mr. Harrison,

We received your letters dated 3/7/2007 and 3/11/2007. The 3/7/07 letter describes your
medical treatment issue. The 3/11/2007 letter refers to conditions in Division 1.

You said you have filed Grievances on your medical issue. Please send us copies of the
Grievances and decisions thereon.

As to the conditions in Division 1 that you mentioned you should file a Grievance on
those issues.

Sincerely,

James Sayles
James Sayles
Program Coordinator

Superintendent           2 - 27 - 07
Cook County Jail

Bobby L. Harrison
2004009 2892
Div. 1   2G
P.o Box 089002

Dear Superintendent Villenunva; I am writing this letter
Pertaining to the heat System here on G2. It's super
hot up here. I am consently soaking my sheets & Towles
to hang up on the bars trying to block some of the
heat. I have health Problem that why I am on
the medical deck. This heat airs killing me. Will
You please have the heat turn down or move
me to the old man deck G1. I am 54 years
old. I hang wet sheets up and they seen to dry
in minutes. 25 to 30 minutes or less. The temperature
seen to be well over 80 to 90 degrees. I am in cell ten
on the high side all the way to the back. I am surrounding
with heaters. front, back & side.

            Thank You for Your Consideration

                        Respectfully
                        Bobby Lee Harrison

Tomas DART
Cook County Jail
26 & California Ave
Chicago Illinois 60609

Dear Sheriff Thomas DART. this is my Second letters pretaining to being transfering However, here in the division 10 2-c Tier the detainees used Milk Cartons to to Cooks with and Plastic. The heavy Smoke Caused me breathing problems. and it also relate to, as I was, it also resulted into Severe Psychiatric and emotional problem. Food that are Pre pared and Served under those Condition is likely to caused borne diseases, and lungs Cancer in the future. I which to be no part of this illegal acts. Will please Considering moving me to the division & R.T.u, where they don't use milk cartons to Cooks with, However, I am Certific to go there, I am a Psychiatric Patient and I take psymeds on the daily basic for my mental disorders. Attected to the buck of this letter is the first letter I wrote to you in December 2007 Pretaining to being transferring no response.

Thank you for Considering this matter
I look forward in being transfer Soon.

Date January 12, 2007

Sincerely
Bobby Lee Harrison
ID. 20040072892

"UP Town Rest" Mr. Allan Mills
4413 N. Sheridan Rd.
Chicago Illinois 60640          Nov. 26, 2007

Botham Jean Harrison
Div. 10  2C
P.O.Box 089002
Chicago IL 60608

Dear Mr. Mills, or to whomever it's may Concer.

I am writing this letter pretaining to a Class-action suit against the Cook County for the illegal lock-down. Half of Divison 10 is a medicial unite for Sick people and Psychiatric patients We been on the illegal lock-down for around 6 months. Since then I witness to the Psychiatric Patients Slamming against the steel walls and Steel toilets. Yelling, Screaming, and hollowing at all hours of the day. The noise raised to an leval of unconstitutional Standards where you couldn't Sleep or think. I also witness to attempted Suidide where the detainees attempted to hang their Selves with their bed sheet, or cut their wrist. Superintendent Villevaneva, tooked taken us off the lock-down in Feburary 2007. He Said the lock-down were illegal that psychiatric patients arn't supposed to be on lock-down. The Psychiatrist doctor also Said Psychiatric patients don't Suppose to be on lock-down. I suffered from depresson and Psychosis. I started hallucinating seeing things and hearing voices. In June 2007 we were put back on the illigal lock-down Today is November 26, 2007 and we are still on the illegal lock-down 1&6. We detainees in divison 10 medicial decks are seeking damages & injunction for the deprivations, emotional, psychological and Physical injuries. I heard from a detainee here in the County Jail that you Specialize in this type of Case. We need your representation in this matter. I think we have a good Civil right Case as a Class. I've already written a pro se Complaint, I'm waiting to sent to the District Court to be Certifie as a Class. If you need a Copy of the Complaint I can sent it to you. Can you represent me? If not, Can you refer me to other lawyers who might be willing.

Thank you for Considering this Case. I look forward to hearing from you Soon please Send me a Copy of my letter back for my records.

Sincerly Botham Jean Harrison

Senators Barack Obama
230 S. Dearborn Street,
Ste. 7900:
Chicago, Illinois 60604.

9-24-06.
Date

Bobby LEE Harrison.
I.D. 20048672892.
Div. I - G.2.
P.O. Box 089002.
Chicago, Illinois 60608.

Dear senators Barack Obama, I hope my letter will find your mind in peace, and body in good health. First to Congratulated you in your fine words, highest honor and degree's. First African-American president of the Harvard Law-Review & being an esmember of the executive bord of black law students Association &... representing Chicago south side. I admired you for your amazing ability that God has blessing you with. You are a man of high principles and good characters.

I am writing my letter concerning legal help, advice & information about the Law. Ive been incarcerated a little over two years in the Cook County Jail for a "Criminal Act" I am poor and needy under the "freedom of informations Act" I am a African-American man. I am 53 years old and a veterans who served in the Armfaces united states marine corp.

My problem is the Judicial system since my incarceration. My Constitutional right has been violated numberous time by my Judge, my Cook County public Defendant and the Cook County Jail. I was threating by my Judge when I asked to go pro-se, and I was mis representation by my public defendant since the baginning. und baing violated by the Cook County Jail. I am in bad health and being housing on the medical deck in division one which was build in the nineteen hundred and the living condiction is very, very poor, No hot water, the beathroom is decates, the surrounding are filthy, mises are running all over the place and the venalation are bad no air is coming out.

Sir, will you please give me some assistances on my criminal and civil law suit and if you may, please send me books, forms, motion and information, etc. Anything that may help me in my situration will greatfully appreciate. my address is listed in the above right hand curnor. Sorry sir, to add to my complaint it's corrided all around the ceiling, bars, bed, and steel walls. when going back and fro. to court the bull pens and holding cells is always over crowding and it's be so many detainees packed into one cell antil you can not hardly move around. when coming in on the neu And on check down they makes everyone strip, squar and cough and everyone are deplived & exposed of their privacy. The officers also passed use razors out with out then them that has been re-sealed in a plastic bag. Sir, please help me or refer me to some one.

I appreciate your time and Consideration

Respectfully

Bobby Lee Harrison.

P.S. I was transferred from Div. II to division I on 9-15-06 and I has not been issue a toilet Yet, and today Saturday 9-23-06. When I asked the second shift officers, they always says it not their Job to issue hygienes, and that it was the first shift officers Job. Ive asked the first shift officers officer yousief, and officer Celasari, and other officers that I do not remember their name. Day after Day I asked them and day after day always denied, by saying we don't have toilets, or I will check on it, or we do



Chicago Bar Association
321 S. Plymouth Crt
Chicago, IL 60611

Mr. Bobby Lee Harrison
ID #. 20040072992
Cook County Jail
P.O. Box 089002
Chicago Illinois 60608

My name is Bobby Lee Harrison, I am an detainee in the Cook County Jail, waiting trial.

I am writing to request your representation in a civil right case pretaining to unsanitary living condition & being deprived of basic hygiene. etc.

I been incarcerated ever since Sept. 7, 2004, and been housing in div. 1 old max since Sept 06. Div. 1 old max was built in 1929. Shelter and Sanitation conditions falled below all rules constitutional and professional standards. Old div. 1 max is inadequate to meet the health and safety needs. of detainees. The living areas of old div. 1. are unfit for human habitation, that the shower is filthy with rust hanging from the ceiling, thick scum on the walls, Hair, bugs, slime, all kind of thick kraps on the floor, because the drain system don't work proper and water and wasted are always standing on the floor. There are no hot water in the shower. The water are ice cold in the winter time and cold in the summer time to take an comfortable shower. The filthness and the cold water limits detainee to fewer showers. It some detainees in old div. 1 havent tacking shower in months, and some dont tack   shower at all, which deprived detainees of basic elements, and threatens their physical, mental well-being. water often run from the ventilation systems in the cell rooms, existing heating and ventilation systems and radiator systems are incapable of providing adequate temperature control. the rats and insects come in confect with detainees foods in their cell-houses. Detainees had not have outside recti actions going on 2 months. The bedding used by detainees is heavily stained and soiled, and is not cleaned or charged when a new detainee is assigned to a cell, and detainees is not given any cleaning gar to clean their rooms, shower, or to wash their whites. And the old max do not provide lungery services to clean detainees whites, clothing exchanged every one to two weeks. The officials only issue out one state bar of soap and one role of tissue paper pre week to each individual.

officials have prevented detainees from reciving recommended treatment, and denied prevented detainees asccess to medical treatment.

The food scavered to detainees is nutritionally inadequate, the same food is severed over and over. They dont have an kitchen food service areas in div. 1 old max. The food are prepared in another part of cook jail and delivered to div 1 old max. There, it set in the tunnel for hours, before servered to detainees. However, I work in div. 2 & div. 11 kitchen and this is what I found same conditions in both of these areas are substantially similar to the unsanitary conditions which exist in div. 1 old max living areas. The dish washer in both kitchens leaks water all over the floor. They called div 2. dietary water pools, big pools of water stand on the floor at altime. The dish-washers loss pression and the temperature remained below stanards and the trays always come out dirty. The floor drains system function poorly. Detainees had been known to use the bathroom in the walk-in coolers where food is stored. Rodent food is stored, rats, and insect infestation is extensive food service sanitation. Detainees who work there are not givin basic instruction on food protection and food are left uncoved on the floor of the walk-in storage compartments, roaches flys and rats comtaminate it. The county do not provide detainees with phy. examination before going to work in the kitchens. Psychiatric patients being on officials lock-down, causing attemped suicides, bang'ing on the steel walls, flooding their cells, etc. detainees constitutional right have been violated and continuous being violated as a result of the condition of comfinement at old div. 1 cook county jail.

I have suffered injured from work in the kitchen, and suffer injury from unsanitary condition. I think I have a strong class-action claim constitutional violations. I would like seek money damage & injunctive relif relief

Ima Gardner   200400533841
Bruce William   200250015888
Emilian Rodriguez   2005003 8975
Charleston   200400010102

P.S. I thank you for your time, and for considering my case. I look forward to hearing from you. Please send me a copy of my letter back for my records. July 24, 2007

Bobby Lee Harrison
#. 20040072992.

* Note" I have filed Grievances & appeals on all of the iniuries. above

Lovey & Lovey
Mr. Vikelas Stein
312 N. May Street
    Suite 100
Chicago Illinois 60607

December 5, 2007

Bobby Lee Harrison
I.D. # 20040072892
Div. 10. 2-C
P.O. Box 089002
Chicago Illinois 66668

Dear Mr. Vikelas Stein, I hope my letter find you in good health.
I talked to you on the phone last week pretaining to a Class-Action
Suit. I've included the Copyies of the Complaint and along with
Photo copyies of grievanes and appeuls I filed durning the time
this events accured. Illegal Lock-down, psychiatric Patients, and
humane Conditions, along with unsanitany living Conditions.
I've Suffered injured daing this events.
I also filed a Complaint on the Cook County Law library
I am pro'Se, in my Crimanal Case, and I have a Court order
to go to the Law library twice a weeks. The County has
denned me of this Services, along with many more deprivations
I suffered. I also filed numerous grieunces & appeuls
in this matter also. I will forward you a Copy of
the Law library Complaint in a few days, so you can take
a look at it. I only have an eight grade education, so I
need all the help i can get.

    Sir I truly thank you for your time, and for
Considering this matter

    I will write you agium in a few days.
If you need any more informations from me please
write me here at the Cook County Jail
    I'm looking forward for your re presentation and I look
forward in hearing from you soon.
                                        Respectfully
                                        Bobby Lee Harrison

BACK COMMER Fator.Com
Suit 473
93 old York Rd.
Jenkintown PA 19046.

March 11, 2007

Bobby Lee Harrison
20040072842
Div. 1 G2
P.o. Box 089002
Chicago Illinois 60608.

Dear Sir, or to whomever it may Concern. I am writing this letter
pretaining to living Condition in the Cook County Jail.
Here in Division 1 G2 we dont have hot water and this supposed
to be a medical deck. This part of the Jail were built in 1429
and unsantiary living Condition. Mises and flyes throughout the Jail.
This Place is filthy and when it rain it leak.
If you have anything on living Condition or unsantiary confinement
Please send it here to me. or access to the Media, news papers
publishes, or broad Casting, please view this matter.

Your Truly always

Bobby Lee Harrison

LD Town Dept
Mr. Allan Mills
4413 N. Sheridan Rd.
Chicago Illinois 60640

Cook County Harrison
Div. 10   2C
P.O.Box 089002
Chicago IL 60608

NOV. 26, 2007

Dear Mr. Mills, or to whomever it's many Concer.

I am writing this letter pretaining to a Class-action suit against the Cook County for the illegal lock-down. Half of Division 10 is a medical unite for sick people and psychiatric patients We been on the illegal lock-down for around 6 months. Since then I witness to the psychiatric patients slamming against the steel walls and steel toilets. Yelling, screaming, and hollowing at all hours of the day. The noise raised to an level of unconstitutional standards where you couldn't sleep or think. I also witness to attempted suicide where the detainees attempted to hang their selves with their bed sheet, or cut their wrist. Superintendent Villevuneva, ~~locked~~ taken us off the lock-down in Feburary 2007. He said the lock-down were illegal that psychiatric patients arn't supposed to be on lock-down. The psychiatrist doctor also said psychiatric patients don't suppose to be on lock-down. I suffered from depresson and psychosis. I started hallucinating seeing things and hearing voices. On June 2007 we were put back on the illigal lock-down Today is November 26, 2007 and we are still on the illegal lock-down 18&6. We detainees in division 10 medical decks are seeking damages & injunction for the deprivations, emotional, psychological and physical injuries. I heard from a detainee here in the County Jail that you specialize in this type of case. We need your representation in this matter. I think we have a good civil right case as a class. I've already written a pro se complaint, I'm waiting to sent to the District Court to be Certifie as a class. If you need a copy of the Complaint I can sent it to you. Can you represent me? If not, can you refer me to other lawyers who might be willing.

Thank you for considering this case. I look forward to hearing from you soon Please send me a copy of my letter back for my records.

Sincerly Bobby Lee

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 300 | **DATE** | 10/3/2007 |
| **CASE TITLE** | Harrison vs. Cook County | | |

**DOCKET ENTRY TEXT**

Plaintiff has filed, in this case, a motion for appointment of counsel that it appears he intended to file in another, later case he has filed *pro se*. The motion is terminated as moot [#44], because this Court has already appointed counsel for plaintiff in this case. Plaintiff should refile the motion in the other case. The Clerk is directed to mail a copy of this order to: Bobby Lee Harrison, #2004-0072892, Cook County Jail, P.O. Box 089002, Chicago, IL 60608.

*The Complaint returned back to me, says over weight. I remailed the Complaint individed section and refiled a motion for appointment of Counsel.*

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|