FILED
FEB 1 3 2008
Feb 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

EXHIBITS and no copies

08CV920
JUDGE KENNELLY
MAGISTRATE JUDGE MASON

PART – C

**C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST**

***Please Note :***

- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

Div. 8
RU-C3

**Detainee's Last Name:** Harrison **First Name:** Bobby

**ID#:** 2004-0072842 **Div:** 10 **Tier/LivingUnit:** 2D

**Date of Request:** [illegible] **Date C.R.W. Received Request:** [illegible]

**This request has been processed by:** _______________ **C.R.W.**

This is an emergency I has an hernias surgery on 6-24-07 The swelling had returned on the right side & I am [illegible] immediately.

10 01 07

***Summary of Request:***

Detainee is requesting assistance with a clothing Exchange.

***Response and/or Action Taken:***

Be advised that clothing exchanges are done weekly. However a towel shoretage, and damaged sheet have delayed these Exchanges. R/Supt. is working dilligently to get these full exchanges done on a consistent besis

Supt. C Plaxico #11 – [signature] #11 **Date:** 09 25 07 **Div./Dept.** 10
(Print- name of individual responding) (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE ) ( YELLOW COPY – C.R.W. WEEKLY PACK ) ( PINK COPY – DETAINEE )

Part – B / Control #: 2006 X 1350

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** HARRISON **First Name:** Bobby **ID#:** 2004-0072892

**Is This Grievance An Emergency?** YES ☐ NO ☑

**C.R.W.'S Summary Of The Complaint:** Detainee Alleges that building is unclean And unsafe

**C.R.W. Referred Griev. To:** [illegible] **Date Referred:** 11/21/06

**Response Statement:** [illegible]

[illegible] - [illegible] **Date:** [illegible] **Div./Dept.** [illegible]

(print- name of individual responding to this griev.) (signature of individual responding to this griev.)

[illegible] - [illegible] **Date:** [illegible] **Div./Dept.** [illegible]

(print - name of Supt. / Designee / Dept. Admin.) (signature of Supt. / Designee / Dept. Admin.)

L. WARREN - [signature] **Date:** 11/24/06

(print - name of Prog. Serv. Admin./ Asst. Admin.) (signature of Prog. Serv. Admin./ Asst. Admin.)

**Date Detainee Received Response:** 11/24/06 **Detainee Signature:** Bobby Harrison

## *REQUEST FOR AN APPEAL*

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

***Date Detainee Request For An Appeal:*** 11/24/05

***Detainee's Basis For An Appeal:*** The Asbestos is in the wash Room I Know Asbestos when I See it. I used to do that type of work.

***Appeal Board's Acceptance Of Detainee's Request:*** *YES* ☐ *NO* ☑

***Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:***

Orig. response stand

***Appeal Board's Signatures / Dates:*** [signature] 12/5/06 [signature] 12-5-06 [signature] 12-5-06

**Date Detainee Rec.'d the Appl. Bd.'s Response:** 12/6/06 **Detainee Signature:** Bobby Lee Harrison

GRIEVANCE CODE(S): (______) (______) (______) (______)

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

24

Part – B / Control #: 2007 X 1663

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** Harman **First Name:** Buddy **ID#:** 2004-0073792

**Is This Grievance An Emergency?** YES ☐ NO ☒

**C.R.W.'S Summary Of The Complaint:** Detainee alleges a R.T. sprayed pepper spray in his face while in his cell.

**C.R.W. Referred Griev. To:** I.A.D. **Date Referred:** 8/15/07

**Response Statement:** Case file #0700330 was opened, Investigator will contact Detainee.

D/C Miriam Renta — [signature] **Date:** 8/14/07 **Div./Dept.** IAD
(print- name of individual responding to this griev.) (signature of individual responding to this griev.)

Supt. C. Plaxico #11 — [signature] **Date:** 8/17/07 **Div./Dept.** 10
(print- name of Supt. / Designee / Dept. Admin.) (signature of Supt. / Designee / Dept. Admin.)

J. Mueller — [signature] **Date:** 8/17/07
(print - name of Prog. Serv. Admin./ Asst. Admin.) (signature of Prog. Serv. Admin./ Asst. Admin.)

**Date Detainee Received Response:** 8/20/07 **Detainee Signature:** Buddy Harman

## *REQUEST FOR AN APPEAL*

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

***Date Detainee Request For An Appeal:*** 8/20/07

***Detainee's Basis For An Appeal:*** Please do contact me because it was neglgence for them to Spray me in my face in my Cell. because I Corpated with order

***Appeal Board's Acceptance Of Detainee's Request:*** *YES* ☐ *NO* ☒

***Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:***

Case file 0700330 is currently pending. Detainee should direct all future inquiries/requests regarding this matter to Investigator Kerlin.

***Appeal Board's Signatures / Dates:***

[signature] [signature] 09/21/07

**Date Detainee Rec.'d the Appl. Bd.'s Response:** 9/26/07 **Detainee Signature:** Buddy Harman

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

15

Part – B / Control #: 2007X 1251

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** Harrison **First Name:** Bobby **ID#:** 2004-0072892

**Is This Grievance An Emergency?** YES ☐ NO ☒

**C.R.W.'S Summary Of The Complaint:** Detainee alleges lock down security measures violate health care mandates.

**C.R.W. Referred Griev. To:** Supt Div X **Date Referred:** 9/7/07

**Response Statement:** Be advised that the HALC Tier act procedure was instituted by P/Supt. with the full knowledge of Director's. I.C your medical condition requires special housing, there is a medical Division and a Hospital for that purpose.

Supt. C. Plaxico #14 (print- name of individual responding to this griev.) – Supt. C. Plaxico (signature of individual responding to this griev.) **Date:** 09/07/07 **Div./Dept.** 10

Supt. C. Plaxico #14 (print - name of Supt. / Designee / Dept. Admin.) – Supt. C. Plaxico (signature of Supt. / Designee / Dept. Admin.) **Date:** 09/07/07 **Div./Dept.** 10

J. Mueller (print - name of Prog. Serv. Admin./ Asst. Admin.) – [signature] (signature of Prog. Serv. Admin./ Asst. Admin.) **Date:** 9/10/07

**Date Detainee Received Response:** 9/10/07 **Detainee Signature:** Bobby Harrison

## *REQUEST FOR AN APPEAL*

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

***Date Detainee Request For An Appeal:*** 9/10/07

***Detainee's Basis For An Appeal:*** Well you supt. is in the wrong. psychiatric patients don't supposed to be on lock-down. Myself personal I am taken you to court on this issue. my medical Condition do requires special housing - Send me to that medical divison or Hospital.

***Appeal Board's Acceptance Of Detainee's Request:*** *YES* ☐ *NO* ☒

***Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:***

Original Response to Stand

***Appeal Board's Signatures / Dates:***

[signature] 10-2-7 [signature] 10/2/07

**Date Detainee Rec.'d the Appl. Bd.'s Response:** 10/5/07 **Detainee Signature:** Bobby Harrison X

GRIEVANCE CODE(S): (______) (______) (______) (______)

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part - B / Control # 2007 X 1319

**C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE**

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** Harrison **First Name:** Bobby **ID#** 2004-0072897

**Is This Grievance An Emergency?** YES ☐ NO ☒

**C.R.W.'S Summary Of The Complaint:** Detainee alleges unhealthy living unit condition -

**C.R.W. Referred Griev. To:** Supt Div - 1 **Date Referred:** 6/29/07

**Response Statement:** Living Unit Dayroom Area was clean & treated by the end of 7-3 shift

J. B. Salazar - [signature] **Date:** 6/29/07 **Div./Dept.** I
(print- name of individual responding to this griev.) (signature of individual responding to this griev.)

J. B. Salazar - [signature] **Date:** 6/29/07 **Div./Dept.** I
(print - name of Supt. / Designee / Dept. Admin.) (signature of Supt. / Designee / Dept. Admin.)

V. Mueller - [signature] **Date:** 6/29/07
(print - name of Prog. Serv. Admin./ Asst. Admin.) (signature of Prog. Serv. Admin./ Asst. Admin.)

**Date Detainee Received Response:** 6/29/07 **Detainee Signature:** Bobby Harrison

***REQUEST FOR AN APPEAL***

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

***Date Detainee Request For An Appeal:*** 6/29/07

***Detainee's Basis For An Appeal:*** The Hall-way wasn't Clean-up until the next day June 21, 07 after we got lock up around 12 noon I got blood on my feet, because the Sgt. Made us walk through it James Garder is the one who Clean it up his ID. IS 2004005394

***Appeal Board's Acceptance Of Detainee's Request:*** YES ☐ NO ☒

***Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:*** Living unit was cleaned - Detainee can address health concern with a request to CHS

***Appeal Board's Signatures / Dates:*** [signature] 7-10-7 [signature] 7/10/07

**Date Detainee Rec.'d the Appl. Bd.'s Response:** 7/11/07 **Detainee Signature:** Bobby Harrison

GRIEVANCE CODE(S): (______) (______) (______) (______)

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: Request

Referred To: Supt Div 1

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: HARRISON First Name: Bobby

ID #: 2004-0072892 Div.: 10 Living Unit: 2D Date: July/21/07

BRIEF SUMMARY OF THE COMPLAINT: is Pretaining to the shower in div. 1, G-2 medical deck. I filed numberous Grievances pretaining to this issue. There is no hot water in the shower, and it is filthy with rust hanging from the ceiling, thick scum on the walls, slime, bugs and all kind of the traps is on the shower floor, because the drain system IS usually stop up which causing water to stand on the floor at altime. The first week in June, 07 we showed officer Escamilla the bugs and we spoke to Sgt. Barton, the next day on our way to the recreaction about the condition of the shower. He said he would bring some cleaning gar up to the deck so we could clean the shower. Today is July 6, 07 and we still didnt received any cleaning gar. This have become a threat to our safety, physical, mental and well-being. The cold water and the filthness limits us to fewer shower. It's deprived us of our basic elements, which constitutes a denial of our personal hygine and Sanitary living Conditions. Witness as Following:

Name Charles Esler ID 2006 00 1402 Name ID Name ID
Name Ben Wellers ID 20060011558 Name ID Name ID
Name James Crocker ID 20060052364 Name ID Name ID
Name ID Name ID Name ID

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

Name ID Name ID Name ID
Name ID Name ID Name ID

ACTION THAT YOU ARE REQUESTING:

to fix the hot water, and bring us some cleaning gar to clean the shower.

**DETAINEE SIGNATURE:** Bobby Harrison

C.R.W.'S SIGNATURE: [illegible] DATE C.R.W. RECEIVED: 7/ / /07

***Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.***

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Note: I wrote this Grievance on July 6, 07 on regular paper because I didnt have any Grievance forms. I gave it to Social worker Butler on July 13, 07. She decided not to process it on regular paper, so she returned it and gave it to officer Carvajal. I never did receive the 5 grievance paper back.

Part-A / Control #: [illegible]

6

Referred To: Sup. / I

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Harrison First Name: Bobby Lee

ID #: 2004-0072892 Div.: 10 Living Unit: 2-D Date: 8/15/07

BRIEF SUMMARY OF THE COMPLAINT: is Pretaining to the officers on D2 in div. 10. I've been on this deck Since June 9-07, and Since I've been here I've noticed the 7 to 3, and 3 to 11 Shift officers abandoning the deck everyday when they go on their lunch brake. They always locked the detainee back in their cells and leave the deck unattended for a hour and some-time even longer. We are already on official lockdown 18 & 6. now are being deprived of another hour of our time, which make the lock down 18 & 5. This is a medical deck and should not be left unattended or deprived of any more of our time. Nevertheless, it psychiatric patients and people with all types of health problems and anything could happened. for example, if someone was to be assaulted by their cell-mates or have a heart attack, or a seizure, etc. who would come to the detainees aid? These cells is not equipped with a panic button, or any instrument for summoning help incase an emergency. I've also noticed that the officers never come on the walks at night except for count-time. The truth be told we have been exposed to a substantial risk of serious harm, and continues tobe exposed. The constitution give detainees a right to be protected from this type of element. I am sure the higher officials already know about this element, if not they do now. We detainees on D2 is con-cerned about our safety, thats why I am writing this Grievance to the administration of the Posi-bility that something could happed!

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

[illegible]

ACTION THAT YOU ARE REQUESTING:

To Posted a release officer when the officers go on their lunch-brakes, and the detainees could remained out of their cells!

**DETAINEE SIGNATURE:** Bobby Lee Harrison

C.R.W.'S SIGNATURE: [illegible] DATE C.R.W. RECEIVED: 8/ /07

***Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.***

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: Request

Referred To: Supt in Div 1

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Harrison First Name: Bobby

ID #: 2007-0022892 Div.: 10 Living Unit: 2D Date: July / 22 / 07

BRIEF SUMMARY OF THE COMPLAINT: is pretaining to lock down & denial of medication. We was first put on 18 & 6 lock down around Feb 2007. A couple weeks later Supt. Villanueva Came to the deck and Said: He had to take us off of lock down because Psychiatric patients don't supposed to be on lock down. On June 20, 07 we were put back on 18 & 6 lock down where one side come out in the morning and the other side ~~Come out in the evening. June 22 07, it turned into official lock down. We were told~~ because of a staving that happened in div 10. We remained on the official lock-down until a round July 6, 2007 and it went back to 18 & 6. We were transferred to div. 10 on July 9, 2007 and We remained on 18 & 6. Until today July 23, we are still on 18 & 6 lock down. During the month of lock-down I've witness to 3 attempted of suicide in div 1. G2 Tier where the detainees tried to hang theirselves in their cells. Their Cellys called the officer and they were taking away. I also Witness the Psychiatric Patients Screaming, yelling loud, beating on the Steel walls and Slamping their property against the floor. The nosy rased to an level of unconstitutional Standards where you Could Sleep at night or day. When we first got to div 10 we didnt get all of our medication for the first few days. The detainees freak out the Cells were flooding, urnating & water were all over the place. 7-10-07 in the evening 10-10 was called, because a detainee walk out of his Cell when the officer open his door for dinner. The Supt. Salazar ordered the officer to lock the other Side up. That same night the cells were flooding. 2 Sgt. & Capt. Gomez Came on the deck. Capt. Gomez, Called his Supervisor. He said his supervisor will have a nurse to bring our medicine to us between 7:30 & 8:00 A.m that morning. The nurse didnt Come until around noon, and She didnt have every body medicine. It was around July 12, before I received all my medication. Witnesses as following:

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: Charles Estes #2007XX102

Brue Williams 2007-0041558 / [illegible] 2007-0072389

ACTION THAT YOU ARE REQUESTING:

To be taking off of 18 & 6 lock down because this is a medical deck and some people take psy. medicine and don't suppose to be locked up like this. We was not notify before we was put on lock-down.

**DETAINEE SIGNATURE:** Bobby Lee Harrison

C.R.W.'S SIGNATURE: [signature] DATE C.R.W. RECEIVED: 7 / /

***Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.***

(WHITE COPY - PROG. SERV.) (YELLOW COPY - C.R.W.) (PINK COPY - DETAINEE) (GOLDENROD COPY - DIVISION/SUPT. OFFICE)

Note: I wrote this Grievance before, officer Carvajil misplace it. before it was process. I wrote it over again.

Part-A / Control #: [illegible]

Referred To: Supt I

☑ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Harrison First Name: Bobby

ID #: 2004-0072892 Div.: 10 Living Unit: 2D Date: 9/19/07

BRIEF SUMMARY OF THE COMPLAINT: is pretaining to the detainees Clothing exchanged The detainees on 2D has not changed Clothing Since Sept. 2, 2007 consisted of towels, sheets, D.O.C., etc. We have no machine, or contrainer to washed our Clothing ourselves. I been on D-2 tier for around 70 days and only changed Clothing for around 3 times. This is an denial of basis ~~item~~ element. Can we please get our clothing ~~clothing~~ exchanged. Thank you! Martin Muñoz 2005-0004842

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

[illegible] Williams 2006[illegible] Joseph TRZECIAK 20060012928

ACTION THAT YOU ARE REQUESTING:

To get our Clothing exchanged immediately Aurilean Rodriguez 20050038[illegible]

**DETAINEE SIGNATURE:** Bobby Lee Harrison

C.R.W.'S SIGNATURE: [illegible] DATE C.R.W. RECEIVED: 9/21/07

***Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.***

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Living Conditions

Part-A / Control #: [illegible]

Referred To: Supt X

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Harrison First Name: Bobby

ID #: 2004-0072892 Div.: 10 Living Unit: 2D Date: 8 / 12 / 07

BRIEF SUMMARY OF THE COMPLAINT: is Pretaining to being denied of personal hygience and Sanitary living Conditions. Div. 10 Tier 2D has not Changed Clothing, towels, and beding articles since ~~July 24, 07~~ August 2, 07. Today is 8-12-07 and we still have not changed these articles. It's unconstitutional. May we Please get a Changing of these articles. Thank you.

Bru Williams # 2003/0011558[illegible] Aurilano Rodriguez 20050038475
Jay Dabado 2003228541 Byron BoyKins 2007[illegible]15557
[illegible] Brame 07-0037972 [illegible] 20060012428
Alvin Cayolle 20070018278 James Gardner 20040053384
Jam... Jones 2005[illegible]2229

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:

To get our Clothing, towels, beding, etc. Changing

**DETAINEE SIGNATURE:** Bobby Lee Harrison

C.R.W.'S SIGNATURE: [signature]

DATE C.R.W. RECEIVED: 8/14/07

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.) (YELLOW COPY C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: RLOXUC 4

Referred To: Supt Div 1

☑ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Harrison First Name: Bobby

ID #: 2004-0072742 Div.: 10 1 Living Unit: C-2 B-1 Date: 10/30/07

BRIEF SUMMARY OF THE COMPLAINT: is pretaining to Clothing exchange. On Oct. 16 07 I was transported from div. 8 R.T.U. to div. 1 B-1 deck. I've been to Clothing exchanges twice since I been in div. 1 B-1 deck Oct 17, & Oct 28. On Oct. 17, 07 the officer said the Only thing you can exchange is 1 sheet 1 towel, that he have no D.O.C. top nor bottom. On Oct 28, the same thing happened, Officer Knight said the only thing you can exchange is 1 sheet, 1 towel, that I have no D.O.C top & bottom Some of the detainees spoke up and said, What the use in us coming down here, if you don't have anything for us to changes into? Officer Knight, said this is an procedure, My job is to called you down here whater or not, I have anything for you to change into. The officer, is wrong about that we supposed to have proper Clothing exchanges, adequate Clothing exchanges, Anything other than that Constitues an denial of basic element hygine. I had an double hernias surgery a few weeks ago, Dr. Khan, told me to take a shower every day, and to change whites, D.O.C top & botton everyday if not I could catch an infection.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING: for adequate Clothing exchange for these officials to do there job.

**DETAINEE SIGNATURE:** Bobby Lee Harrison

C.R.W.'S SIGNATURE: V. Butler DATE C.R.W. RECEIVED: 11/14/07

***Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.***

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: X

Referred To:

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: HARRISON First Name: Bobby

ID #: 2004-0072892 Div.: 1 Living Unit: 2G Date: 9/23/06

BRIEF SUMMARY OF THE COMPLAINT: I was transferred from Div. 11 to Div. 1 on 9-15-06 and I has not been issue a towel yet and today is Saturday 9-23-06. When I asked the second shift officers they says it's not theirs job to issue hygienes, and that it was the first shift officers job. I've asked the first shift officers to. Officer Yousiof, Officer Celasar and other officers also name I do not remember day after day and I still have not received a towel to this day. The officers always using excused like - we don't have any towels or I will check on it, or wait until I go down stairs, or we do not issue towels & Hygienes on weekend.
After taken a shower I had to dry off with my T-Shirt. This is a violated of my Constitutional Right. May I please get a towel!?
I don't want a towel they been washing their cars with because I've seens the ones the officials pass out around here / Pinny/ Ward (witness) # 2003 0041306

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:
A new bath towel & a new face towel.

**DETAINEE SIGNATURE:** Bobby Lee Harrison

C.R.W.'S SIGNATURE: [signature] DATE C.R.W. RECEIVED: 9/27/06

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A/Control #. X

Referred To: Supt

COOK COUNTY Department of Corrections
DeTainee Grievance

Detainee last name: Harrison First Name: Bobby

ID # 20040072842 Div 1 Living unit G2 Date March 14 2007

Brief summary of the Complaint This grievance is pertaining to the heat System. For the last week it has been too Cold on tier G-2. The temperture some-time feels like it is in the 40 degree tempt, and there is no heat Coming from the radiator and I noticed at times it has been too hot on G-2 and it feels like the temperature is in the 90 degree range. Is there a problem with the heating system? Therefore, the director in Charge should take into Consideration for the right amount of heating & Cooling of the institution

Witnesses as following: Name ID

Name: Patrick White ID 2005-008-1375 Name ID

Name: Bru Williams ID 2003-00-15588 Name ID

Name: Aidan Rodriguez ID 2005 0038475 Name ID

Name: James Darden ID 2004 0053384 Name ID

Name: Bobby Harrison ID 2004 0072892 Name ID

Name of staff or Detainee(s) having information Regarding this Complaint

Action that you are requesting

For adjustment of the heating & Cooling System.

Detainee signature Bobby Lee Harrison

C.R.W. S. Signature See Worker Dean 3/23/07

Inmate copy

Part-A7 Control #: 9 XII

Referred To: 10

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Harrison First Name: Bobby

ID #: 2004-0072892 Div.: 10 Living Unit: 2D Date: 9/3/07

BRIEF SUMMARY OF THE COMPLAINT: is pletaining to the ventilation systems in the Cells on the low-side. The Ventilation system are not providing adequate air in the Cells. There is no air Coming Out of the Vents on the lowside. I have a hard time breathing on the inside of my Cell no. 11 We detainees on D2 brought this issue to Superintendent Plaxico, Attention in the Month of June-07 When we first got to div. 10 When he Come on the deck. We told Mr. Plaxco, that the are was not working inside the Cells on the low-side. He said the air is working in the Cells. We said no it's not, that you Can open the Cells and Check it out for yourself! He refused to open the Cell-doors to Check it out. He said we have bigger issues than that. This air problem had causing me health problem; i consently keep a Cold by being in a Cell with no air and I have difficulty Sleeping. I am suffering from a bad Cold as I am writing this Complaint. I am not the only one who is Complained about this problem. The whole low-side is saying the samething. Now, since Superintendent Plaxico, is awar of this problem, and have ignored this issue please let this grievance be forward to the director or Sheriff of Cook Caint Jail.
This is a Serious matter and it needs to be addressed appropriately.

Thank you witnesses as following: Martin Munoz 2005-0004842
Joseph Tyner 200600129028 | Thomas Coffie 2007004[illegible]
Frank Brown 07003797 | R[illegible] 2007[illegible]
Anibal Rodriguez 20050038475 | [illegible] L. Bankston 2006004[illegible]
Dan Williams # 2003100[illegible] | [illegible] 20050109[illegible]
James Jones 2005006 2229

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING: to fix the air, or turn it on

**DETAINEE SIGNATURE:** Bobby Lee Harrison

C.R.W.'S SIGNATURE: [illegible] DATE C.R.W. RECEIVED: [illegible]

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY - PROG. SERV.) (YELLOW COPY - C.R.W.) (PINK COPY - DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: X

Referred To: Supt

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Harrison First Name: Bobby

ID #: 2004-0072892 Div.: 1 Living Unit: G2 Date: 3/11/07

BRIEF SUMMARY OF THE COMPLAINT: This Grievance is Pertaining to the living Condition in Div 1, tier G2. This is a medical deck and it don't have hot water in the Shower or in the rooms. G2 is unSanitary for sick people. I've written Grievances on this issue before and the response was "A work order has been Submitted to fix the hot water" last year 2006 until today March 12, 2007, the hot water has not been fix. The Illinois Standard living Condition Code 4 States a Shower is Supposed to required piped hot and Cold water for every eight occupants. Another Violation of the Detainees Civil Rights. Witnesses as following:

| Name | ID | Name | ID |
|---|---|---|---|
| Patrick White | ID 2005-008-1375 | Name | ID |
| [illegible] | ID [illegible] | Name | ID |
| Julian Rodriguez | ID 20050038475 | Name | ID |
| Charles Hill | ID 2005008-4808 | Name | ID |
| James Bochue | ID 20040053368 | Name | ID |
| Charles Coton | ID 2006-0010102 | Name | ID |
| Name | ID | Name | ID |
| Name | ID | Name | ID |

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

| Name | ID | Name | ID |
|---|---|---|---|
| Name | ID | Name | ID |

ACTION THAT YOU ARE REQUESTING:

**DETAINEE SIGNATURE:** Bobby Lee Harrison

C.R.W.'S SIGNATURE: Soc. Worker [illegible] DATE C.R.W. RECEIVED: 3/20/07

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Note: I want this Grievance Copy & appeals.

Part-A / Control #: [illegible]

Referred To: Supt X

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Harrison First Name: Bobby

ID #: 2004-D072892 Div.: 10 Living Unit: 2D Date: August/ 6 /07

BRIEF SUMMARY OF THE COMPLAINT: Is Pertaining to our out door recreation. We've been denied all access to our outdoor exercise for around (3) three months. The last time I had outdoor recreation was in May, 07 in div. 1 & 2. I and other detainees was transferred from div. 1 to div. 10 on July 9, 07 Today is August 6, 07 and we still have not had any outdoor recreation. Therefore, the health of the individual is threatened which violates the detainees 14th Amendment rights. Please, could we get outside recreation, Thank you. Bruce Williams # 2003-00-15586

Okere, Uchenna — 2d

Eric Stome # 2006-0033-174 [illegible] 2006[illegible]

Sam Newman 2007 005 2229

Amilcar Rodriguez 2005000 38475

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:

To get some outdoor recreation immediately while the weather is still good.

**DETAINEE SIGNATURE:** Bobby Lee Harrison

C.R.W.'S SIGNATURE: [signature]

DATE C.R.W. RECEIVED: 8 / 9 / 07

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Request

Part-A/control #. X

Referred to. Commissary

COOK COUNTY DEPARTMENT OF CORRECTIONS.
DETAINEE GRIEVANCE.

Detainee Last Name HARRISON . First Name Bobby

ID #. 2004 0072892 Div. 1 Living unit 2G 10 17 0

Brif Summary of the complaint This Grievance is Concerning commissaries Selling prices We as Detainees here at the Cook County Jail are paying absolutely too much for Commissaries goods. We Detainees understand that Commissaries shall be based upon a fair amount necessary to pay for the wages and benefits of Commissary employees who are employed in Commissary facilities of the Department, but Some of these sale pries are rediculous. For example "Food" A small 5 oz. Summer Sausage beef $2.25 and a 6 oz. Honey Buns $1.00 "Clothing" 1 pair Boxer 3XL $6.25. (5/3-7 2a). Commissaries accordance with the Illinois State Auditing ACT.1 Items purchased for Sale at any such Commissary Shall be purchased, where ever possible, at wholesale Costs. If a facility maintain a Commissary or Commissaries as of the effective date of this amendatory Ac of the 93rd General Assembly, the Department may not contrat with a privat

Part-A / Control #: X

Referred To: [illegible]

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: HARRISON Bobby Lee Harrison First Name: Bobby

ID #: 2004-0072892 Div.: 1 Living Unit: 2-G Date: 9/26/06

BRIEF SUMMARY OF THE COMPLAINT: Dear Sir, are to whomever, it's may concern I am writing this Grievance Concerning my living Condition here in the Cook County Jail. Div. 1-2G. I am 53 years old and have numberous health problem, mental & physical problem that why I am housing on the medical deck. This place is not santitary, no hot water for the shower or rooms & this play is filthy with mises running all over the place. It's a lot of sick men on this deck. And this Div. I fall short of Illinois Code living standard santitation. Code 4. A Shower A Living Condition supposed to be up to living re-quired. A Shower with piped hot and cold water for every eight occupants, because of that my request is:

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

For manitance to do their Job & get something to destory these mises

ACTION THAT YOU ARE REQUESTING:

**DETAINEE SIGNATURE:** Bobby Lee Harrison

C.R.W.'S SIGNATURE: [signature] DATE C.R.W. RECEIVED: 9/27/06

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY - PROG. SERV.) (YELLOW COPY - C.R.W.) (PINK COPY - DETAINEE) (GOLDENROD COPY - DIVISION/SUPT. OFFICE)

Part-A / Control #: X [illegible]

Referred To: Supt. Div. I

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Harrison First Name: Bobby

ID #: 2004-0072892 Div.: 1 Living Unit: 1-B Date: 10/22/07

BRIEF SUMMARY OF THE COMPLAINT: is pretaining to the shower & heat on Tier B-L. There is no hot water in the shower, and no heat on the deck. The shower is fithy. I take physic meds, and Medicine for my physical health. I was supposed to be on a medical deck. This deck is not fit for sick people. Only have 1 shower & the water is Cold. This is a threat to my my safety, and well-being. It's detainees on this deck don't take showers, due to the Conditions. Which deprived me and other detainees of basic element. Which Constitues a denial of persona hygine. and amound other things.

Dewitt Baun 2007CO23106 August Brown 20070065020

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:

To get the hot water fixed. I filed grivence on this issue last year

**DETAINEE SIGNATURE:** Bobby Lee Harrison

C.R.W.'S SIGNATURE: [illegible] DATE C.R.W. RECEIVED: 10/22/07

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: X

Referred To:

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Harrison First Name: Bobby

ID #: 2004-0072892 Div.: 1 Living Unit: 2G Date: 10/22/06

BRIEF SUMMARY OF THE COMPLAINT: This Grievance is Concerning my money on my Aramark account. I received a 50 dollars money order 9-22-06, and I received another 50 dollars money order on 10-3-06. balance of 100.01. I been to the commissary twice since I received the money. one time on 10-6-06 I spent 20.26. I went to the store agian 10-12-06. I spent 21.17 The total 41.43. The remained balance 57.98. The 2G soical worker came by Friday 20-06. She stated that I did not have enought money on my account to get my medical record. I've has signed a consent release form on the 10-5-06 for her to get my medical record for 10 dollars. She says she attemped to get my record at that time she says the money order havent cleared She returned Friday 20-06 She stated she tried agian but my balance was less than ten dollars. what happened to my money? the social worker says it's been a mistake. personal myself I think it was intetional.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

I want my money put back immediately they made me miss Commissary.

ACTION THAT YOU ARE REQUESTING:

**DETAINEE SIGNATURE:**

C.R.W.'S SIGNATURE: [signature]

DATE C.R.W. RECEIVED: [illegible]

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PART – C

**C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST**

** Please note: When processed as a request, PART – B is not applicable. **

**Detainee's Last Name:** Harrington **First Name:** [illegible]

**ID#:** 04-0072?2 **Div:** 10 **Tier/LivingUnit:** -D

**Date of Request:** 8 / 8 / 07 **Date C.R.W. Received Request:** 8 / 9 / 07

**This Request has been processed by:** [illegible] Butler **C.R.W.**

***Summary of Request:***

Detainee is requesting ... outside recreation.

***Response and/or Action Taken:***

Be advised that outdoor recreation was cancelled during the July lockdown and again during the period the fence was damaged. Recreation outside was resumed this month and weather permitting all tiers will have access to yard

Supt. C. Plaxico #11 — Supt. C. Plaxico **Date:** 08/09/07 **Div./Dept.** 10

(Print- name of individual responding) (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE ) ( YELLOW COPY – C.R.W. WEEKLY PACK ) ( PINK COPY – DETAINEE )

1 of 4

PART – C

**C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST**

** Please note: When processed as a request, PART – B is not applicable. **

**Detainee's Last Name:** Hankinson **First Name:** Bobby

**ID#:** 2004 - 0072892 **Div:** 1 **Tier/LivingUnit:** B2

**Date of Request:** 10/23/06 **Date C.R.W. Received Request:** 10/24/06

**This Request has been processed by:** [signature] **C.R.W.**

***Summary of Request:***

Detainee Requesting Information on Sam Haney order...

***Response and/or Action Taken:***

[illegible handwriting] ... See Copies

[signature] - [signature] **Date:** 10/24/06 **Div./Dept.**

(Print- name of individual responding) (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE ) ( YELLOW COPY – C.R.W. WEEKLY PACK ) ( PINK COPY – DETAINEE )

Lock-down

PART – C

**C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST**

** Please note: When processed as a request, PART – B is not applicable. **

**Detainee's Last Name:** Harrison **First Name:** Bobby

**ID#:** [illegible] - [illegible] **Div:** [illegible] **Tier/LivingUnit:** 2D

**Date of Request:** [illegible] / [illegible] / [illegible] **Date C.R.W. Received Request:** 9 / 10 / 07

**This Request has been processed by:** V. Butler **C.R.W.**

***Summary of Request:***

Detainee request assistance with the ventilation system.

***Response and/or Action Taken:***

Div. 10 Engineers have worked tirelessly to constantly adjust the air flow to this building. If you are continuing to have breathing problems it may not be due to ventilation. I will again have Engineer come to tier 2-D. I never stated I have bigger issues

Supt. C. Plaxico #14 [signature] **Date:** 09/06/07 **Div./Dept.** 10

(Print name of individual responding) (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE ) ( YELLOW COPY – C.R.W. WEEKLY PACK ) ( PINK COPY – DETAINEE )

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST

** Please note: When processed as a request, PART – B is not applicable. **

**Detainee's Last Name:** Harrison **First Name:** Bobby

**ID#:** 2004-0070092 **Div:** 1 **Tier/LivingUnit:** 62

**Date of Request:** 10/27/06 **Date C.R.W. Received Request:** 11/1/06

**This Request has been processed by:** T Vaughn **C.R.W.**

***Summary of Request:***

Detainee Requesting that the laundry sinks be Fixed And that the Detainees be Allowed More weekly hygiene Supplies.

***Response and/or Action Taken:***

New washers & Dryers will be Installed supplies will be delivered weekly

[signature] - [signature] **Date:** 11/2/06 **Div./Dept.** 01

(Print- name of individual responding) (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE ) ( YELLOW COPY – C.R.W. WEEKLY PACK ) ( PINK COPY – DETAINEE )

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

***Please Note :***

- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

**Detainee's Last Name:** Harrison **First Name:** Bobby

**ID#:** 2004-0072892 **Div:** 10 **Tier/LivingUnit:** 2C

**Date of Request:** 10/30/07 **Date C.R.W. Received Request:** 11/14/07

**This request has been processed by:** V. Butler **C.R.W.**

***Summary of Request:***

Detainee is requesting assistance with adequate clothing exchange.

***Response and/or Action Taken:***

Detainee was [illegible] out of Div 1 and is currently in Div 10. Detainee will receive clothing exchanges in Div 10.

V. Butler - V. Butler **Date:** 11/15/07 **Div./Dept.** [illegible]

(Print- name of individual responding) (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE ) ( YELLOW COPY – C.R.W. WEEKLY PACK ) ( PINK COPY – DETAINEE )

5

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST

** Please note: When processed as a request, PART – B is not applicable. **

**Detainee's Last Name:** [illegible] **First Name:** [illegible]

**ID#:** [illegible] **Div:** 11 **Tier/LivingUnit:** –D

**Date of Request:** [illegible] **Date C.R.W. Received Request:** [illegible]

**This Request has been processed by:** [illegible] Butler **C.R.W.**

***Summary of Request:***

Detainees is requesting a relief ... is placed on tier when C/O goes to lunch so that detainees are allowed to be out the entire time until lock up.

***Response and/or Action Taken:***

Be advised that reliefs for lunch, lockup times etc. are purely security matters. If you feel a particular officer is taking excessive time, bring this issue to the sergeant of your area first. If necessary I will get involved

Supt. C. Plaxico #11 – [signature] **Date:** 08/19/07 **Div./Dept.** 10

(Print- name of individual responding) (Signature of individual responding)

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST

** Please note: When processed as a request, PART – B is not applicable. **

**Detainee's Last Name:** Group **First Name:** Grievance

**ID#:** ___-___ **Div:** 1 **Tier/LivingUnit:** G2

**Date of Request:** 4/12/07 **Date C.R.W. Received Request:** 5/1/07

**This Request has been processed by:** Sar Wober Dean **C.R.W.**

***Summary of Request:***

Inmates alleges officer is acting unprofessional

***Response and/or Action Taken:***

ALL STAFF WERE REMINDED TO MAINTAIN PROFESSIONALISM AT ALL TIMES

CHIEF HOWELL (Print- name of individual responding) - Chief Howell (Signature of individual responding) **Date:** 17/MAY/07 **Div./Dept.** 1

( WHITE COPY – PROG. SERV. CENTRAL OFFICE ) ( YELLOW COPY – C.R.W. WEEKLY PACK ) ( PINK COPY – DETAINEE )

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST

** Please note: When processed as a request, PART – B is not applicable. **

**Detainee's Last Name:** Harrison **First Name:** Bobby

**ID#:** 2004-0077892 **Div:** 1 **Tier/LivingUnit:** C2

**Date of Request:** 9/26/06 **Date C.R.W. Received Request:** 9/27/06

**This Request has been processed by:** [signature] **C.R.W.**

***Summary of Request:***

Detainee Requesting that Showers Are fixed.

***Response and/or Action Taken:***

Work orders have been submitted and will Continue to be Submitted until All plumbing is Fixed.

[name] (Print- name of individual responding) [signature] (Signature of individual responding) **Date:** 9/27/06 **Div./Dept.** 1

( WHITE COPY – PROG. SERV. CENTRAL OFFICE ) ( YELLOW COPY – C.R.W. WEEKLY PACK ) ( PINK COPY – DETAINEE )

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST

** Please note: When processed as a request, PART – B is not applicable. **

Detainee's Last Name: Harrison First Name: Bobby

ID#: 2004 - 0072892 Div: 1 Tier/LivingUnit: G2

Date of Request: __/__/__ Date C.R.W. Received Request: 9/23/06

This Request has been processed by: T. Vaughn C.R.W.

***Summary of Request:***

Detainee Requesting towels And Hygiene Items

***Response and/or Action Taken:***

Towels and other Supplies have been Issued on a weekly Basis.

[illegible] V. [illegible] (Print- name of individual responding) - [signature] (Signature of individual responding) Date: 10/2/06 Div./Dept. 01

( WHITE COPY – PROG. SERV. CENTRAL OFFICE ) ( YELLOW COPY – C.R.W. WEEKLY PACK ) ( PINK COPY – DETAINEE )



**PART – C**

**C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST**

** Please note: When processed as a request, PART – B is not applicable. **

**Detainee's Last Name:** Shaw **First Name:** TERRANCE

**ID#:** 2005-0037416 **Div:** 1 **Tier/LivingUnit:** G2

**Date of Request:** 10/25/06 **Date C.R.W. Received Request:** 10/30/06

**This Request has been processed by:** T Vaughn **C.R.W.**

***Summary of Request:***

Detainee Requesting that Showers Are fixed.

***Response and/or Action Taken:***

Work orders have been Submitted.

[signature] – [signature] **Date:** 10/31/06 **Div./Dept.** 1

(Print- name of individual responding) (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE ) ( YELLOW COPY – C.R.W. WEEKLY PACK ) ( PINK COPY – DETAINEE )

Living Conditions

**PART – C**

## C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST

** Please note: When processed as a request, PART – B is not applicable. **

**Detainee's Last Name:** [illegible] **First Name:** [illegible]

**ID#:** [illegible] **Div:** [illegible] **Tier/LivingUnit:** 2D

**Date of Request:** [illegible] **Date C.R.W. Received Request:** [illegible]

**This Request has been processed by:** V. Butler **C.R.W.**

***Summary of Request:***

Detainee request assistance with living conditions [illegible] linen [illegible]

***Response and/or Action Taken:***

Be advised that P/ Supt. will ensure an immediate uniform and linen change and also ascertaining the reason for lapses in schedule

Supt. C. Plaxico #14- [signature] **Date:** 08 / 16 / 07 **Div./Dept.** 10

(Print- name of individual responding) (Signature of individual responding)

laundred

PART – C

**C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST**

** Please note: When processed as a request, PART – B is not applicable. **

**Detainee's Last Name:** Group **First Name:** Request

**ID#:** ______-____________ **Div:** 1 **Tier/LivingUnit:** G2

**Date of Request:** 4/12/07 **Date C.R.W. Received Request:** 4/26/07

**This Request has been processed by:** [illegible] **C.R.W.**

***Summary of Request:***

Detainee are Requesting to be treated professionally.

***Response and/or Action Taken:***

ALL STAFF WERE REMINDED TO MAINTAIN PROFESSIONALISM AT ALL TIMES.

CHIEF HOWELL
(Print- name of individual responding)

Chief Howell
(Signature of individual responding)

**Date:** 17/MAY/07 **Div./Dept.** 1

( WHITE COPY – PROG. SERV. CENTRAL OFFICE ) ( YELLOW COPY – C.R.W. WEEKLY PACK ) ( PINK COPY – DETAINEE )

PART – C

**C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST**

Trans Div 10 2-Cell 4

** Please note: When processed as a request, PART – B is not applicable. **

**Detainee's Last Name:** Harrison **First Name:** Bobby

**ID#:** 2004-0072822 **Div:** I **Tier/LivingUnit:** B-1

**Date of Request:** 10/12/07 **Date C.R.W. Received Request:** 10/12/07

**This Request has been processed by:** [signature] **C.R.W.**

***Summary of Request:***

Detainee requests that the hot water be repaired on B-1 and also the heat.

***Response and/or Action Taken:***

Problem is being addressed by facilities management

[illegible] - [signature] **Date:** 11/13/07 **Div./Dept.** [illegible]

(Print- name of individual responding) (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE ) ( YELLOW COPY – C.R.W. WEEKLY PACK ) ( PINK COPY – DETAINEE )

Hygene

Living Conditions

PART – C

**C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST**

** Please note: When processed as a request, PART – B is not applicable. **

**Detainee's Last Name:** HARRISON **First Name:** Bobby

**ID#:** 2004-0072892 **Div:** 1 **Tier/LivingUnit:** G 2

**Date of Request:** 3/1/07 **Date C.R.W. Received Request:** 3/20/07

**This Request has been processed by:** [illegible] **C.R.W.**

***Summary of Request:***

Detainee alleges improper conditions (living)

***Response and/or Action Taken:***

Inmates Continue to wash Cloths depleting the hot WATER. New Cleaning Supplies was Issued to all tiers. [illegible]

[illegible] (Print- name of individual responding) — [illegible] (Signature of individual responding) **Date:** 3/23/07 **Div./Dept.** 1

( WHITE COPY – PROG. SERV. CENTRAL OFFICE ) ( YELLOW COPY – C.R.W. WEEKLY PACK ) ( PINK COPY – DETAINEE )

PART – C

**C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST**

** Please note: When processed as a request, PART – B is not applicable. **

**Detainee's Last Name:** Harrison **First Name:** [illegible]

**ID#:** [illegible] **Div:** 1 **Tier/LivingUnit:** [illegible]

**Date of Request:** 3 / 14 / 07 **Date C.R.W. Received Request:** 3 / 23 / 07

**This Request has been processed by:** [illegible] **C.R.W.**

***Summary of Request:***

Detainee complaining about heat Adjustment needs to be Adjusted.

***Response and/or Action Taken:***

Detainee complained it was to hot and wanted the windows open They where [illegible] if gets [illegible] [illegible] windows [illegible] CLOSED.

[illegible] - [signature] **Date:** [illegible] **Div./Dept.** 01

(Print- name of individual responding) (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE ) ( YELLOW COPY – C.R.W. WEEKLY PACK ) ( PINK COPY – DETAINEE )