CLERK OF The U.S. DISTRICT Court
Prisoner Correspondence
United States CourtHouse
219 South Dearborn Street
Chicago, Illinois 60604

FILED
FEB 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Bobby L Harrison
ID #. 20040072892
Division 10 2-C
P.O. Box 089002
Chicago, Illinois 60608.

2.5.08

Dear Clerk, I mail this complaint in the mails around the first week in October 2007, It returned back to me, says over weight, not to mails over ounces in packages for security wise. or mail it from the post office. I am remailing it today February 5, 2008 indevided Section. 1 # 1 and 1 # 2 Section.

I have also attached copies of letters I written to difference Agencies and difference organizations outside the Jail seeking representation.

I have included the motion for appointment of Counsel and in forma pauperis Application and Financial Affdavit. And Transaction Report. printout. It 2 Complaint in this legal mail & 5 more in a seperate Legal mail 1 of 1. This Legal mail 1 of 2. And Copies of grievences & appeals.

Thank you for your time and Consideration

I look forward in hearing from the court soon

08CV920
JUDGE KENNELLY
MAGISTRATE JUDGE MASON

Bobby Lee Harrison
Signature of the plaintiff

Sincerely Bobby Lee Harrison