IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

FEB 26 2008
FILED
MB
FEB 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Name of first plaintiff in the case, et al.;
Bobby Lee Harrison, ID#: 20040072892
V.
County of Cook, a municipal corporation
[Name of first defendant declaration] and
Defendants,
THOMAS DART, Sheriff of the Cook County Jail
SALVDOR GODINEZ, Executive Director of the Cook County Jail
CHESTER PLAXICO, Superintendent of the Division 10 & 2

DECLARATION Pretaining To: Shower Cold-Water.

Name of person making
Bobby Lee Harrison

Judge Name: Kennelly
Attorney Name: ▓▓▓▓▓
Civil Action No: 08C 0920

Full name of Detainees or other person making the statement

① Name: Amilcar Rodriguez  ID: 20050038475
② Name: Bree Williams  ID: 20030015588
③ Name: Charles Ester  ID: 20060010102
④ Name: James Gardner  ID: 20040053384
⑤ Name: Charles Simmlon  ID: 20060042341
⑥ Name: Brian Buchanan  ID: 20060004242
⑦ Name: Marvin Powell  ID: 2006-0093725
⑧ Name: _____  ID: _____

We are witnesses and will testify to the foregoing; This declaration is pretaining to the shower on Tier G-2. I was transferred to div. I tier G-2 on Sept, 2006. The first detainee, I spoken to said: "There was no hot water in the shower, and that if you're lucky to be the first detainee into the shower when the doors roll. Sometime you may be able to get a warm shower" Myself personal, I've filed numerous Grievances and appeals along with other detainees pretaining to this issue, and I've also spoken to numerous of officials pretaining to this problem on many occasions, and no results. The appeals usually say: There is a work order been placed to fix the shower. Sgt. Taylor said: The water is not going to be fixed, because the steam comes from some where else. One day in the day-room we the detainees questing the inspector about, about the shower been cold after the first shower. He said: the shower is not going to be fixed, and that the earlier bird get's the worm. Well, I guess they were earnest about the situation, because some of the officials lead us on like the shower was going to be fixed. Superintendent N. Villanueva said it was going to be fixed. Until this day March 20, 2007 the hot-water have not been fixed. Cold-water, often limits detainees to fewer than 3 showers per-week, deprives the detainees of basic hygiene and threatens their physical, mental well-being. We have been deprived of our basic elements, which constitutes a denial of personal hygiene and sanitory living conditions. This is a violation of the detainees 14th Amendment due process of the law.

I Bobby Lee Harrison, and witnesses do declare under penalty of perjury that the foregoing is true and correct to the best of our abilities: Date March 20, 2007 State of Illinois and City of Chicago

① Bree Williams #2003-00-15588
② Brian Buchanan 20060004242
③ Amilcar Rodriguez 20050038475
④ James Gardner 20040053384
⑤ Charles Simmons 20060045341
⑥ Charles Ester #20060010102
⑦ Marvin Powell 2006-0093725
⑧

Detainee signatures
Bobby Lee Harrison
Plaintiff Signature

Detainee Print names