Case 1:08-cv-00920    Document 9    Filed 02/25/2008    Page 1 of 1



IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS

Name of First Plaintiff in the Case, et al.,
Bobby Lee Harrison ID 20040072892
of
v.

County of Cook, a Municipal Corporation
Name of First defend declaration] and
Defendants,
THOMAS DART, Sheriff of the Cook County Jail
SALVADOR GODINEZ, Executive Director of the Cook County Jail
CHESTER PLAXICO, Superintendent of the Division 10 & 2

DECLARATION: Pretaining to Shower
Name of Person making
Bobby Lee Harrison

Civil Action # 08 C 0920

Judge Kennelly

FILED
FEB 26 2008  MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FEB 26 2008

Full name of Detainees, Witnesses, or other Preson making the statement

Name BRIAN BUCHANAN  ID 20060004242   Name_____ ID_____
Name James Gardner  ID 20040053384   Name_____ ID_____
Name_____ ID_____   Name_____ ID_____
Name_____ ID_____   Name_____ ID_____

The witnesses an I will testify to the foregoing Today is July 4, 2007. This Declaration is pretaining to the Shower on Tier G2 div. 1. We detainees have filed numerous Grievances an appeals pretaining to the shower on G-2 about the hot water do not work. The appeals response usually says: 'a workorder have been submitted to fix the shower, or no answer at all. Until today July 4, 2007 the shower have not been fixed. With, which limits the detainees to fewer shower. Some detainees haven't took showers in months, and some detainees take 1-2 a week. Mintzes 771 F.2d 920, 928 (6th cir. 1985) upholding that the general population should be allowed to shower 3 or more times a week. ~~_____~~

The shower is also filthy with rust hanging from the ceiling, thick scum on the walls and floor. Slime, bugs, and all kind of kraps. In and around the first week in June, 2007 we the detainees spoke to Sgt. Barton, and officer _____ on the way to outdoor recreastion. We told the Sgt. that the shower were filthy with bugs in it. He said: he would bring some cleaning gar up to G2 so we could clean the shower. Until today we have not received any cleaning gar. This have become a threat to our physical, mental and well-being. It's unsanitary and it constitutes a denial of our personal-hygines.

I Bobby Lee Harrison, and witnesses do declare under penalty of perjury that the forgoing is true and correct to the best of our abilities: Date July 4, 2007 — State of Illinois and the City of Chicago.

Bree Williams # 20030015588 _____

_____   _____

Detainees signature & ID #    Bobby Lee Harrison    Detainees signature & ID #.