IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Name of first Plaintiff in the Case, et al.,
Bobby Lee Harrison. ID# 20040072842

OF    V.

COUNTY OF COOK, a Municipal Corporation
Name of First defendant declaration] and
Defendants,
THOMAS DART. Sheriff of the Cook County Jail
SALVADOR GODINEZ, Executive Director of the Cook County Jail
CHESTER PLAXICO Superintendent of the Division 10 & 2

FILED FEB 26 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DECLARATION: Pretaining
To: Shower

Name of Person Making
Bobby Lee Harrison

Civil Action #: 08C 0920
Attorney _____
Judge Kennelly

Full name of Detainees, witnesses, or other Person making the Statement

Name: Bru Williams  ID 200300-15088  Name _____ ID _____
Name: James Gardner  ID 20040053384  Name _____ ID _____
Name: Brian Buchanan  ID 20060004242  Name _____ ID _____
Name: _____ ID _____ Name _____ ID _____

Witnesses an I will testify to the foregoing: This Declaration is pretaining to the Shower on Tier G-2 Div.1. Today is Dec. 4, 2006 and the temperature is low-Cold on the out side. The temperature on the deck seem to be around 65 degree. I tried to take a shower today, but the water in the shower seem to be ice-cold, and when the water touched my body it's were breath-taking. I had to get out of the shower ~~are~~ immediately. I tried to at less take one shower a week, but it's not alway possible. It's some detainees on this deck never take showers. Said: "water too cold". Tier G-2 smell like a live zoo. We had a family meeting this morning in the day-room pre-taining to the hygienes issue. It's almost trigger into a confrontation, when a detainee spoke on forcing people to take a shower. I fear of the deck going up because of this issue. The truth to be told Cold water limits anyone to fewer shower. We detainees in Div.1 is being deprives of basic hygine and now it have become a threateans to our Physical, mental, safty, and well-being. This is unsanitary and it constitutes a denial of our Personal hygines. We've written Grievances, an appeals Pretaining to this issue. I Bobby Lee Harrison, and witnesses do declare under Penalty of Perjury that the foregoing is true and correct to the best of our abilities. Date Dec 4, 2006 State of Illinois and City of Chicago

Brian Buchanan 20060004242    James Gardner 20040053384
Bru Williams 2005 00-1588
Charles Simmons 20060042341

Detainee Signatures & ID  Bobby Lee Harrison
                     Plaintiff Signature    Detainee Signatures & ID