IN THE UNITED STATE DISTRICT COURT FOR THE NORTHER DISTRICT OF ILLINOIS



Name of First plaintiff in this Case, et al.,
Bobby Lee Harrison. ID #: 20040072892
    And other plaintiffs add

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

OF                    - VS -

County of Cook, a municipal Corporation
Name of first defendant declaration] and

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Thomas Dart, Sheriff of the Cook County Jail
Salvador Godinez, Executive director of the Cook County Jail
Chester Plaxico Superintendent of the Division 10 & 2

DECLARATION pretaining to to Certifie Plaintiffs as a Class-Action.

Name of person making
Bobby Lee Harrison

Civil Action No#. 08C 0920

Judge Name: Kennelly

MAR 11 2008
original
FILED
MAR 11 2008 aaw

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Bobby Lee Harrison, and other detainees, Lovdell Roberson, and Brian Buchanan, are requesting that this Pro se. Civil Right Claim to the U.S. District Court to be Certifie as a Class-Action suit under rule 23 (a) and. 23-B for all the detainees who are housing in division 10 medical decks for now, or in the future that may be incarcerated in the division 10 medical tiers are seeking damage for the deprivations emotional psychological and physicial injuries and for inadequate living conditions, that also unsanitary. And unconstitutional Lock-down.

And seeking a injunction to order these defendants to take the psychiatric patients off the illegal lock-down in division 10 medical tiers. And to order whatever medicine psychiatric or psychological treatment needs. and to fix whatever Correction or Adjustment needed to make the division 10 medical tiers safe and to meet the Constitutional minimum standards requirment for psychiatric patients.

First plaintiff Bobby Lee Harrison, do declare under penalty of perjury that the foregoing is true and Correct to the best of my ability.

Signature of plaintiffs Bobby Lee Harrison & plaintiffs Lovdell Roberson  Brian Buchanan