

IN THE UNITED STATE DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

- - - - - - - - - - - - - - - - - -X

Name of first plaintiff in this Case re+ all

Bobby Lee Harrison, ID.No: 20040072892

     Other plaintiff
     ◆

Name of all defendants

COUNTY OF COOK. ILLINOIS, and
   THOMAS DART, Sheriff
SALVADOR GODINEZ, Executive Director
CHESTER PLAXICO, Superintendent.
                    X

- - - - - - - - - - - - -

DECLARATION Pretaining to INadequate Medical Care.

( ▬ ) Civil Action No: 08C-0920

Judge  Kennelly

MAR 1 1 2008
orignal **FILED**
MAR 1 1 2008

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

Plaintiff Bobby Lee Harrison, is making this statement.

Durning the earily part of 2007 the County was experiencing an budget cuts
Around 5 to 6 months the County didn't have a dentist or a eye doctor in the
Jail. Delay in provided prescription medications once it was prescribed by a doctor.
Sometime the Jail don't provide the medicine at all.
The budget cut resulted into firing various Jail administrators and doctors, which
exacerbated these problems and further endangered the health and safety and lives
of all detainees in the Cook County Jail. This kind of inadequate services is unconstitutional
which amount to deliberate indifference.

   I suffered from a toothache and infection gum and it took me around 3 to 4 months
to see a dentist. Dispite. submitted numberous medical request forms. Complained to
the officials, and filed several grievences and appeals.

Plaintiff Bobby Lee Harrison, do declare under penalty of periury that the foregoing
is true and correct to the best of my ability

Signature of plaintiff Bobby Lee Harrison