IN THE UNITED STATE DISTRICT COURT FOR THE NORTHER DISTRICT OF ILLINOIS

Name of first plaintiff in this Case et al

Bobby Lee Harrison ----- other plaintiffs to be added

- vs -

County of Cook a Municidal Corporation
Name of First defendant and Thomas Dart;
Sheriff of the Cook County Jail
Salvador Godinez, Executive director, of the Cook County Jail
Chester Plaxico. Superintendent of the div. 10 & 2.

Case #: 08C 0920
08C0920

Judge name: Kennelly

Orignal    MAR 1 1 2008
**FILED**
MAR 1 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR CERTIFICATION FOR CLASS

Now Comes plaintiff Bobby Lee Harrison, prose, in this Case and respectfully moves this Honorable Court pursuant to Rule 23 to Certifie Case 08C 0920 for a Class (a). To add detainee Lovdell Roberson, & Brian Buchanan, to be a part of the representative parties, for the Class-action. In Support of his motion plaintiff, alleges:

That the jail officials had disregarded the depriviaction unsanitary living Condition unconstitutional lock-down, unconstitutional Conduct of staff and failed to adequately investigate and discover and correct such unconstitutional Conduct, which Caused a Violation of pretrial detainees constitutional rights. The Cook County Jail officials Knew about pattern abuse, depriviation, unconstitutional Violations, but failed to take adequate measure to stop the abuse or to investigate to Correct the matter. The jail personnel had violated their duties under the U.S. Constitutional and detainee rights under the Constitutional act with deliberate indifference in Creating a Condition that violation pretrial detainees' Fourteenth Amendment. The Class is Composed of all individuals who are currently incarcerated or will be incarcerated during the pendency of the Lawsuit in the Cook County Jail housed in divison 10 medical & psychiatric Teirs, which now included the half divison 10 had been Converted into a medical & psychiatril Ward. Appoxiately ____700.00____ hundred detainees housed in divison 10. These people have been subject to the depriviations and will in the future be Subjected to these violation.

That the Class is so mumerous that joinder of all members is impracticable and the representative parties will fairly and adequately protect the interests of the Class-action.
The Superintendent said soon the whole divison 10 will be Converted into a medical & psychiatric Teirs.
On information and belief, the whole divison 10 will soon be Converted into a medical & Psychiatric Teirs

WHEREFORE Plaintiff Bobby Lee Harrison, pray that this Honorable Court under Rule 23(a) Will grant this motion for Class Certification, integards to the administration of fair and inpartial Justice for the plaintifes in the State of Illinois, Norther District, and County of Cook.

First Plaintiff Bobby Lee Harrison
ID 20040072892

Lovdell Roberson
20060075947

Brian Buchanan
2006 004 4242