## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0920 | **DATE** | July 28, 2008 |
| **CASE TITLE** | Bobby Lee Harrison (#2004-0072892) vs. County of Cook, Illinois, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for an extension of time [#16] is granted. The deadline for submitting an amended complaint (plus a judge's copy and service copies) is extended to August 25, 2008. No additional enlargements of time will be granted. Failure to submit an amended complaint by August 25, 2008, will result in summary dismissal of this case in its entirety, on the ground that Plaintiff does not intend to pursue his claims in federal court at this time. As Plaintiff continues to initiate new cases and has been filing multiple motions in his pending lawsuits, his professed inability to obtain writing implements seems to be rather dubious. Pleadings and motions may be typed or written in either pencil or ink.

**Docketing to mail notices.**

mjm