IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Name of plaintiff
BOBBY LEE HARRISON

vs

COUNTY of COOK, et al.

Judge MATTHEW F. KENNELLY

FILED
Aug 11, 2008
AUG 1 1 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08C 0920
08 cv 0920

## MOTION FOR LEAVE TO INCORPORATE ADDITIONAL PAGES

(1). Because the Complex of this Case plaintiff think he will be unable to fit his Claims into the Space provided on the Court's amended Complaint form. Plaintiff have numerous allegations to list. Thus the Courts do not provided but 2 Sheets to write the Complaints on. Therefore, the plaintiff estimates approxiately 2 more pages inorder to finalize the Complaint.

(2) In my original Complaint I mention about two (2) of the Divisons in the Cook County Jail, where I was Violated. Should I do Seperate Complaint or, write the event in one Complaint?

WHEREFORE: The plaintiff prays that this Court will grant his additional two (2) pages to Amended his Complaint.

Respectfully Submitted
Bobby Lee Harrison

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT, ILLINOIS

Bobby Lee Harrison )
Plaintiff )
v. )
County of Cook, Illinois, et al. )
)
Defendants )

Case No : 08CD920

The Honorable Judge Matthew F. Kennelly

PROOF/CERTIFICATE OF SERVICE

To:  United States District Court
Office : U.S. Dist. Court Clerk
219 S. Dearborn Street
Chicago IL. 60604

To: Cook County States Attorney
500 Richard J. Daley Center
Chicago IL. 60602

I, Bobby Lee Harrison, swear under penalty of perjury that I served a copy of the attached document on : U.S. District Court Clerk and Assistant States Attorney _____ . By placing it in the mail at the Cook County Jail/Corrections on Aug 6th 2008 .

Bobby Lee Harrison
Signature Of Plaintiff

Bobby Lee Harrison
P.O. Box 089002
Cook County Corrections
Chicago IL. 60608

Notarized under and by 735 ILCS 5/1-109 under penalty of perjury this 6th day of Aug. 2008