# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0920 | **DATE** | August 15, 2008 |
| **CASE TITLE** | Bobby Lee Harrison (#2004-0072892) vs. County of Cook, Illinois, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for leave to incorporate additional pages [#19] is granted. If necessary, Plaintiff may add supplemental pages to the amended complaint form. However, Plaintiff is directed to take heed of the Court's Minute Order of June 17, 2008, particularly its admonitions about: (1) the "short and plain statement" requirement of Fed. R. Civ. P. 8(a); and (2) rules of proper joinder. *See* Fed. R. Civ. P. 18(a) and 20(a); *George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007). In response to the question asked by plaintiff in the motion, the Court stated in the June 17 order that claims concerning conditions in different divisions should be filed as separate lawsuits.

**Docketing to mail notices.**

mjm