## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0920 | **DATE** | September 5, 2008 |
| **CASE TITLE** | Bobby Lee Harrison (#2004-0072892) vs. County of Cook, Illinois, et al. | | |

**DOCKET ENTRY TEXT:**

By Minute Order of July 28, 2008, the Court granted Plaintiff's motion for an extension of time to submit an amended complaint. Plaintiff was forewarned that failure to submit an amended complaint by August 25, 2008, would result in summary dismissal of this case, on the understanding that Plaintiff did not wish to pursue his claims in federal court at this time. Nevertheless, Plaintiff has failed to submit an amended complaint as directed. The Court has waited for approximately ten days after the final deadline it set, but has received no amended complaint from Plaintitff. Accordingly, the case is dismissed pursuant to Fed. R. Civ. P. 41(b). The Clerk is directed to enter judgment dismissing this action.

**Docketing to mail notices.**

mjm