# United States District Court

## Northern District of Illinois

### Eastern Division

Harrison                                **JUDGMENT IN A CIVIL CASE**

          v.                                    Case Number: 08 C 920

County of Cook

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the case is dismissed pursuant to Fed. R. Civ. P. 41(b). Judgment is entered dismissing this action.

                                                     Michael W. Dobbins, Clerk of Court

Date: 9/5/2008                                   _____
                                                         /s/ Olga Rouse, Deputy Clerk