STATE OF ILLINOIS

COUNTY OF COOK

FILED
SEP 2, 2008 MB
SEP 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

COURTS COPY:

Case No: 08C 0920

Judge KENNELLY

United States District Court, Northern District of Illinois

## AFFIDAVIT

I, Bobby LEE Harrison, being first duly sworn under oath depose and state, that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

1) THAT I REPRESENT MYSELF IN CRIMINAL AND CIVIL CASES AND IT IS HARD ON ME BECAUSE I AM NOT A LAWYER.

2) THAT I AM INDIGENT AND DON'T HAVE FUNDS TO BUY POSTAGE.

3) THAT ON NUMEROUS OCCASIONS I REQUESTED POSTAGE FROM THE LIBRARIAN AND THEY DIDN'T HAVE ANY.

4) ON MONDAY AUGUST 25th 2008 I REQUESTED POSTAGE AGAIN FROM THE DIVISION (10) LAW LIBRARIAN CLERK, THE CLERK DIDN'T HAVE ENOUGH POSTAGE TO MAIL ALL OF MY MATERIALS TO THE DISTRICT COURT. I BORROWED THE REST OF THE POSTAGE FROM A DETAINEE ON MY TIER. MR. ANDREWS #0.2007-0087932

5) THAT ON AUGUST 25th 2008 AROUND 10:55 PM. I PLACED THE LEGAL MATERIALS IN THE MAIL AT COOK COUNTY JAIL IN THREE SEPERATE ENVELLOPES LABELAS 1 OF 2 & 1 OF 3, (& 1 OF 1).

I UNDERSTAND THIS MAIL MAY NOT MEET THE AUGUST 25th 2008 DEADLINE DUE TO THE CIRCUMSTANCES. THEREFORE I AM ASKING THE COURT TO TAKE THIS MATTER INTO CONSIDERATION, TO ALLOW AMENDED COMPLAINT TO BE PLACED INTO FILES FORMALLY. FOR OBSERVATION OF MERIT AS AN ARGUABLE ISSUE.

Bobby Lee Harrison
AFFIANT

Notarized Under and by 735 ILCS 5/109 under penalty of perjury this 25th day of August, 2008.

Bobby Lee Harrison